FILED
MAY 9 1996
THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

RECEIVED
'96 MAY 9 AM 7 44
THOMAS C. CAVER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNY REYNOLDS, et al., )
)
Plaintiffs, )
) CV 85 T 665 N
)
)
ALABAMA DEPARTMENT OF )
TRANSPORTATION, et al., )
)
Defendants. )

## NOTICE OF FILING

Defendants hereby submit for filing the attached Expert Report of David Lasater.

_____
BERT S. NETTLES
SS# 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
LISA W. BORDEN
SS# 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

Attorneys for Defendants

OF COUNSEL:

LONDON & YANCEY
1000 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205) 251-2531

### Certificate of Service

I certify that the foregoing Notice of Filing has been served upon all counsel of record by placing copies of same in the U.S. Mail, properly addressed and postage prepaid, this 9th day of May, 1996.

_____
Attorney for Defendant

1013