IN THE UNITED STATES DISTRICT COURT  F I L E D
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY 9 1996

THOMAS C. CAVER, CLERK
BY _____
   DEPUTY CLERK

| | |
|---|---|
| JOHNNY REYNOLDS, et al., | ) |
| Plaintiffs, | ) |
| | ) CV 85 T 665 N |
| v. | ) |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, et al., | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL EXPERT REPORT OF DAVID B. LASATER**

This filing is prepared in response to the court's order of May 7, 1996

(1) Definitions

(a)  *Fitted Line.* The *fitted line* is the line which connects all the *fitted values*. A *fitted value* is the estimated value for the dependent variable in a linear regression. This value is calculated as the sum of a base amount (or intercept) plus a weighted average of the values of the explanatory (or predictor) variables. The appropriate weights are the estimated parameters (or coefficients) from the regression.

(b)  *Confidence Interval.* An interval that contains a true regression parameter with a given degree of confidence.

(c)  *Prediction Interval.* In a regression analysis, a *prediction interval* is the range of observations of the dependent variable which would be observed given data inputs to each of the predictor variables. *Prediction intervals* are used to anticipate an outcome range of each observation in a sample, when the observations from that sample were not originally used to create the regression estimates for the predictor variables. A *prediction interval* at 100 percent confidence will enclose all of the individual observations of the second sample given a model or equation determined from observations of another, presumably similar, sample -- the first sample.

(d)  *Two-Tailed F-test.* A statistical test (based on an F-ratio) of the null hypothesis that a group of explanatory variables are jointly equal to zero. When applied to all the explanatory variables in a multiple aggression model, the F-test becomes a test of the null hypothesis that $R^2$ equals zero.

(e) *Left-Side Variable.* A synonym of "dependent variable". The variable to be explained or predicted in a multiple regression model.

(f) *R-Squared Variable.* A statistic that measures the percentage of the variation in the dependent variable that is accounted for by all of the explanatory variables in a regression model. *R-Squared* is the most commonly used measure of goodness-of-fit of a regression model.

(g) *Service Rating.* A synonym of "appraisal score". The score received by an employee from his or his "Employee Performance Appraisal" or "Employee Guidance Sheet" standardized to a maximum score of 100 points in the case of ALDOT appraisals.

(h) *Appraisal Score.* A synonym of the term "service rating". See (g), above.

(i) *Transformed Pay Data.* A mathematical rescaling of an observed pay amount in dollars. For example, the amount of $1,000 can be rescaled, or transformed, to a logarithmic scale by calculating the LOG or logarithm of $1,000. LOG (1,000) = 3.0. Similarly, LOG (500) = 2.699, and so forth. Other rescalings are possible using natural logarithms, exponentials, and so forth

(j) *Mathematical Transformation of Pay.* The rescaling of pay data, such as the process described in definition (i), above.

(k) *Linear Data.* Linear data refers to the property that the magnitude of the change in the dependent variable associated with the change in any of the explanatory variables is the same no matter what the values of those explanatory variables. For example, if a bi-weekly pay rate <u>always</u> increases $50 with each successive year of an employee's service with an organization, pay and years of service are said to be linear. The data that reveal that relationship are said to be linear data. By contrast, nonlinear data has the property that changes in explanatory variables will have differential effects on the dependent variable as the values of the explanatory variables change.

(l) *Log Adjusted Data.* Data to which a logarithmic rescaling has occurred. See, for example, the definition (i), above.

<u>(2)</u>   <u>The way in which the formula would treat a hypothetical group of employees.</u>

(a) The way in which the entire group of employees would be classified into cohorts (or other groupings).

1. Each employee would be identified in a given year by three indexed values: classification, line of progression, and division. A cohort group of employees would be those which comprise all of the classifications in a line of progression within a <u>single division</u>. For purposes of statistical tests, particularly those which have as their objectives the determination

2

of the significance of the race variable, two or more divisions may be combined into a single statistical cohort group. The criterion for creating a statistical cohort group is that the regressions calculated for the separate division-based cohort groups must be similar (i.e., not statistically significant using an appropriate F-test).

2. For a given line of progression, ALDOT may be comprised of as many as ten (10) division-based cohort groups. However, the statistical cohort groups may be as few as one if all of the division-based cohort group regressions are statistically similar. Based on the statistical testing, then, the range of cohort groups for constructing both race coefficient tests and whites-only backpay regressions may number as few as one or as many as ten (10), depending on the discovered statistical differences between the divisions for a given line of progression.

(b) The steps for determining whether a particular person is entitled to backpay.

1. Each employee is identified as a member of his or his statistical cohort group (using the steps identified above).

2. The data for white employees and black employees is pooled for each statistical cohort group. A pay prediction regression is performed for each cohort group using the best available equation and predictor variables, along with a race indicator coefficient (African-Americans coded "1").

3. The race coefficient for each statistical cohort group is then evaluated for significance in the pay prediction equation.

4. If the race coefficient for a given statistical cohort group is significant, then backpay calculations (steps 5 through 9, below) will proceed for the black employees in that cohort group.

5. A backpay equation is determined using all of the same pay predictor variables (excluding the race indicator variable) as in step (b) 2, above, using only data for the white employees in that cohort group.

6. For each individual black employee, the data for that employee are input to the backpay equation. A fitted amount of pay is the result of performing the arithmetic of the equation.

7. Using the backpay equation regression, a 95-percent, one-tailed prediction interval critical value is calculated.

8. The employee's actual pay is then compared to the critical value from step 7. If the actual pay is greater than the critical value, no backpay is awarded to that individual. If the

employee's actual pay is <u>less than</u> the critical value, an amount of backpay is calculated for that person.

9. The amount of backpay determined for a person from steps 1 - 8, above, is calculated as the difference between his or his actual pay and the fitted pay amount, calculated from step 6., above.

(c) <u>Illustration of how the backpay calculation process would proceed.</u>

1. "John Doe" is an Engineering Assistant I (job classification 20111) in the Central Office. His <u>division</u> cohort group (without further statistical testing) is all of the non-licensed engineers (EAI, . . ., EAIII, CEI, . . ., CEVIII) in the Central Office Design Bureau.

2. A regression is performed for all of the white and black members of "John Doe's" cohort group for 1984. The regression, includes observations of all cohort members' education, years of service, and appraisal scores. Those three predictor variables plus the race variable are regressed with pay observations for each person. The regression results appear as Exhibit 1. The regression fits the data fairly well (R-squared = 75.3%). All predictor variables are highly significant at $p \leq .01$. The race variable is significant at $p \leq .01$.

3. A pay prediction equation is constructed using all of the same three pay predictors as in step (c) 2, above, but using only data for the white employees in that cohort group. The regression results appear as Exhibit 2. Again, the regression fits its data fairly well, (R-squared of 73.0 %). All of the predictor variables are significant at $p < .01$.

4. The regression inputs reflecting "John Doe's" characteristics on the predictor variables appear on the 4th line from the bottom of the page in the list attached as Exhibit 3. His years of service (YOS = 5.67), the logarithm of his standardized education score (LOG EDUC = 0.20), and the average of all past appraisal scores, averaged and standardized at a score of 90 (STDZAPP = (1.03), implying an average of 88.97), are input to the backpay equation reflected the "regression equation" in Exhibit 2.

5. A 90% two-tailed prediction interval critical value is calculated for "John Doe". The result of that calculation appears in columns 3 and 4 of Exhibit 4. Given his data inputs to the whites-only regression, his pay would be expected to range from a low of $519.11 to a high of $882.61, with 90% assurance. The prediction interval <u>critical value</u> for "John Doe" is $519.11, the lower bound of the 90% prediction interval. "John Doe's" actual pay is $510.00, which is less that the lower bound of the 90% prediction interval. Therefore, "John Doe" would receive backpay for the year 1984 equal to the difference between his fitted pay ($676.88) and his actual pay ($510.00) on a bi-weekly basis, or $4,338.90 for the year.

6. Exhibit 5 reflects the fitted value line for all black employees in the Central Office Design cohort in 1984. The dashed line in that Exhibit reflects the lower bound of the 90% prediction interval (which is identical to a one-tailed 95% prediction interval). The observation

4

of "John Doe's" pay is reflected in that graph on the far right hand-side. Because his pay is below the dashed line (critical value) he would be awarded backpay equal to the difference between his actual pay and the fitted value.

Respectfully Submitted,

_David B. Lasater_
DAVID B. LASATER

### Certificate of Service

I certify that the foregoing Supplemental Expert Report has been served upon all counsel listed below by placing same in the United States Mail this ___9th___ day of May, 1996.

_signature_
Attorney for Defendant

Mr. Robert L. Wiggins, Jr.
Gordon, Silberman, Wiggins & Childs
1400 SouthTrust Tower
Birmingham, Alabama  35203

Ms. Paige C. Williams
Gordon, Silberman, Wiggins & Childs
1400 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

Mr. Patrick H. Sims
Cabaniss, Johnston, Gardner, Dumas & O'Neal
Post Office Box 2906
Mobile, Alabama  36652

Ms. Claudia H. Pearson
Nakamura and Quinn
Suite 300 Landmark Center
2100 1st Avenue North
Birmingham, Alabama  35203

Mr. Julian L. McPhillips
McPhillips, Hawthorne & Shinbaum
516 South Perry Street
Post Office Box 64
Montgomery, Alabama 36101-0064

Mr. David P. Whiteside, Jr.
Mr. Raymond P. Fitzpatrick, Jr.
Whiteside & Fitzpatrick
Sixth Floor, Farley Building
1929 Third Avenue North
Birmingham, Alabama 35203

EXHIBIT 1

## *1984 CENTRAL*
## Regression Analysis

The regression equation is
LOG PAY = 2.76 - 0.0781 RACE + 0.0573 LOG EDCO + 0.0111 YOS84 + 0.00493 STDZAPP

| Predictor | Coef | Stdev | t-ratio | p |
|---|---|---|---|---|
| Constant | 2.76149 | 0.01110 | 248.76 | 0.000 |
| RACE | -0.07807 | 0.02804 | -2.78 | 0.006 |
| LOG EDCO | 0.057270 | 0.007045 | 8.13 | 0.000 |
| YOS84 | 0.0110585 | 0.0004765 | 23.21 | 0.000 |
| STDZAPP | 0.0049292 | 0.0007504 | 6.57 | 0.000 |

s = 0.06873    R-sq = 75.6%    R-sq(adj) = 75.3%

Analysis of Variance

| SOURCE | DF | SS | MS | F | p |
|---|---|---|---|---|---|
| Regression | 4 | 4.5144 | 1.1286 | 238.93 | 0.000 |
| Error | 308 | 1.4549 | 0.0047 | | |
| Total | 312 | 5.9692 | | | |

| SOURCE | DF | SEQ SS |
|---|---|---|
| RACE | 1 | 0.5627 |
| LOG EDCO | 1 | 0.3410 |
| YOS84 | 1 | 3.4068 |
| STDZAPP | 1 | 0.2038 |

MTB >

EXHIBIT 2

## *1984 CENTRAL (WO)*
## Regression Analysis

```
The regression equation is
LOGPAY = 2.76 + 0.0575 LOGEDUC + 0.0110 YOS + 0.00512 STDZAPP

Predictor        Coef       Stdev     t-ratio        p
Constant      2.76145     0.01118      246.92    0.000
LOGEDUC      0.057546    0.007116        8.09    0.000
YOS         0.0110330   0.0004811       22.93    0.000
STDZAPP     0.0051227   0.0007768        6.59    0.000

s = 0.06916      R-sq = 73.3%      R-sq(adj) = 73.0%

Analysis of Variance

SOURCE          DF          SS          MS         F         p
Regression       3      3.9582      1.3194    275.81     0.000
Error          302      1.4447      0.0048
Total          305      5.4029

SOURCE          DF      SEQ SS
LOGEDUC          1      0.3430
YOS              1      3.4071
STDZAPP          1      0.2080


MTB >
```

# REGRESSION DATA

| YEAR | SSN | NAME | RACE | CLASS | DIVISION | EDUC | LOGEDUC | RAW PAY | LOG PAY | YOS | STDZAPP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 20111 | 0 | 20 | (0.22) | 462.00 | 2.66 | 1.06 | (20.10) |
| | | | 1 | 20111 | 0 | 31 | 0.61 | 535.60 | 2.73 | 1.26 | (1.25) |
| | | | 0 | 20112 | 0 | 30 | 0.61 | 535.60 | 2.73 | 1.45 | 6.25 |
| | | | 0 | 20111 | 0 | 21 | (0.22) | 497.20 | 2.70 | 1.57 | (12.50) |
| | | | 0 | 20111 | 0 | 21 | (0.22) | 510.00 | 2.71 | 1.57 | (2.50) |
| | | | 0 | 20111 | 0 | 11 | (1.00) | 497.20 | 2.70 | 1.64 | (9.38) |
| | | | 0 | 20111 | 0 | 12 | (1.00) | 510.00 | 2.71 | 1.64 | (7.50) |
| | | | 0 | 20111 | 0 | 20 | (0.22) | 510.00 | 2.71 | 1.72 | (6.88) |
| | | | 1 | 20111 | 0 | 23 | 0.41 | 485.40 | 2.69 | 1.93 | (7.37) |
| | | | 0 | 20111 | 0 | 20 | (0.22) | 510.00 | 2.71 | 2.25 | (5.07) |
| | | | 0 | 20111 | 0 | 13 | (1.00) | 535.60 | 2.73 | 2.30 | 3.95 |
| | | | 0 | 20111 | 0 | 13 | (1.00) | 576.40 | 2.76 | 2.37 | (5.88) |
| | | | 0 | 20112 | 0 | 20 | (0.22) | 535.60 | 2.73 | 2.44 | 3.56 |
| | | | 0 | 20111 | 0 | 21 | (0.22) | 535.60 | 2.73 | 2.56 | (1.80) |
| | | | 0 | 20111 | 0 | 13 | (1.00) | 535.60 | 2.73 | 2.91 | 1.86 |
| | | | 0 | 20441 | 0 | 21 | (0.22) | 898.80 | 2.95 | 2.98 | 0.00 |
| | | | 0 | 20111 | 0 | 22 | 0.20 | 522.80 | 2.72 | 3.07 | 6.97 |
| | | | 0 | 20112 | 0 | 13 | (1.00) | 562.60 | 2.75 | 3.68 | 3.91 |
| | | | 0 | 20111 | 0 | 17 | (0.22) | 522.80 | 2.72 | 3.68 | (6.73) |
| | | | 1 | 20112 | 0 | 17 | (0.22) | 535.60 | 2.73 | 3.68 | 8.64 |
| | | | 0 | 20111 | 0 | 20 | (0.22) | 510.00 | 2.71 | 3.94 | (6.88) |
| | | | 0 | 20111 | 0 | 16 | (0.22) | 522.80 | 2.72 | 3.94 | 3.75 |
| | | | 0 | 20112 | 0 | 11 | (1.00) | 605.60 | 2.78 | 4.36 | 3.49 |
| | | | 0 | 20112 | 0 | 13 | (1.00) | 562.60 | 2.75 | 5.02 | 6.34 |
| | | | 1 | 20112 | 0 | 20 | (0.22) | 535.60 | 2.73 | 5.33 | (2.71) |
| | | | 0 | 20113 | 0 | 13 | (1.00) | 703.20 | 2.85 | 5.59 | 5.22 |
| | | John Doe | 1 | 20111 | 0 | 22 | 0.20 | 510.00 | 2.71 | 5.67 | (1.03) |
| | | | 0 | 20112 | 0 | 13 | (1.00) | 535.60 | 2.73 | 5.79 | 5.03 |
| | | | 0 | 20111 | 0 | 13 | (1.00) | 522.80 | 2.72 | 6.35 | (1.91) |
| | | | 0 | 20112 | 0 | 13 | (1.00) | 562.60 | 2.75 | 6.55 | 0.28 |

EXHIBIT 3

**Calculation of Potential Back Pay Due**
**1984 Central**

3.10

| Name | Actual BiWkly Pay | Fitted BiWkly Pay | 95%-1 Tail Pred. Interval Lower Bound | 95%-1 Tail Pred. Interval Upper Bound | Actual Pay < Lower Bound | Pay Disparity (Fitted-Actual) | Annualized Pay Disparity | NLRB Factor Disparity (A) |
|---|---|---|---|---|---|---|---|---|
|  | $485.40 | $587.33 | $449.53 | $767.37 | No | NA | NA | NA |
|  | 462.00 | 454.38 | 346.18 | 596.39 | No | NA | NA | NA |
|  | 535.60 | 681.57 | 522.18 | 889.62 | No | NA | NA | NA |
| John Doe | * 510.00 | 676.88 | 519.11 | 882.61 | Yes | 166.88 | 4,338.93 | $13,435.78 |
|  | 535.60 | 621.66 | 476.93 | 810.30 | No | NA | NA | NA |
|  | 510.00 | 636.33 | 487.33 | 830.88 | No | NA | NA | NA |
|  | 535.60 | 637.11 | 487.70 | 832.31 | No | NA | NA | NA |

POTENTIAL BACK PAY DUE    $4,338.93    $13,435.78

Notes:
(A) The future value of the pay disparity was calculated using NLRB interest rates.

EXHIBIT 4

**Reynolds v. ALDOT**
**Actual vs. Fitted Pay**
**95%-1 Tail Prediction Interval**
**1984 Central**

Fitted Pay

Actual Pay

John Doe

EXHIBIT 5