**FILED**

DEC 12 1996

THOMAS X CAVER, CLF

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

'96 DEC 12 AM 7 26

THOMAS C. CAVER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JOHNNY REYNOLDS, et al., )
)
Plaintiffs, )
)
v. ) CV 85 T 665 N
)
ALABAMA DEPARTMENT OF )
TRANSPORTATION, et al., )
)
Defendants. )

### DEFENDANTS' SUPPLEMENTAL SUBMISSION ON REDISTRIBUTION ISSUE

Defendants submit the following supplemental submission concerning the proposed redistribution of backpay formula proceeds:[1]

The Court has frequently referred to the backpay formula as a "settlement," over defendants repeated objections. Defendants contend that the backpay formula as ordered by the Court is not a settlement, because the Court has sought to enforce numerous provisions to which defendants object and have never agreed. The court-ordered formula constitutes instead a court-ordered resolution of individual backpay claims imposed over defendants' numerous objections.

Without waiving those objections, however, if the backpay formula did indeed constitute a settlement, it would be improper

---

[1] Defendants have previously raised numerous objections to the proposed redistribution of backpay formula proceeds, and they adopt and incorporate herein all such objections. See, Defendants' Report Concerning Method of Distribution of Formula Proceeds, filed September 30, 1996 (Doc. No. 1248), and Defendants' Response to Plaintiffs' Proposed Method of Redistribution of Formula-Generated Backpay Proceeds, filed November 27, 1996 (Doc. No. 1379). In addition to such objections, defendants submit the additional arguments and authorities set forth in this pleading.

14/29

for the Court to alter it. When a district court is acting to review a proposed settlement, its only options are to approve the entire settlement or to disapprove it. Evans v. Jeff D., 475 U.S. 717, 727 (1986):

> The power to approve or reject a settlement negotiated by the parties before trial does not authorize the court to require the parties to accept a settlement to which they have not agreed . . . . Rule 23(e) does not give the court the power . . . to modify a proposed consent decree and order its acceptance over either party's objection.

Id. See also Alliance to End Repression v. City of Chicago, 561 F.Supp. 537, 548 (N.D. Ill. 1982) ("[T]he Court cannot modify the terms of a settlement proposal; it can only accept or reject the proposal as presented to it"); Howard v. McLucas, 597 F.Supp. 1504, 1506 (M.D. Ga. 1984) ("The court's responsibility to approve or disapprove does not give this court the power to force the parties to agree to terms they oppose. The court must either approve or disapprove of the settlement as a whole, and as written by the parties").

The backpay formula, as originally outlined in part in the parties' joint report of August 28, 1995 (Doc. No. 727) and as ordered by the Court after lengthy evidentiary hearings, calculates an "expected pay" amount for each employee class member individually, with each class member to receive backpay in the amount of the difference between his expected and actual pay. Any pooling and redistribution of the backpay calculated by the formula would be a modification of the backpay formula never agreed to by the parties.

The proposal to pool and redistribute the backpay formula proceeds arose out of the Court's own suggestion that the results of the backpay formula as ordered are not fair and equitable for the class. The Court verbally expressed to the parties its opinion that the formula results were unfair because the formula would reward only those black employees whose pay was below the average for whites even though some of such employees might not be deserving of a backpay award, while not rewarding any black employees whose pay was equal to or greater than the average for whites even though some such employees might be entitled to backpay. Since the Court has thus determined that the backpay formula is not fair and equitable, assuming arguendo that the formula is a settlement, the Court's only option is to reject it.

Defendants object to such modification not only on the legal ground that the Court has no power to make such a modification, but also on equitable grounds. By imposing a redistribution, the Court proposes to ameliorate what is has already determined to be unfairness and inequity in the backpay formula from the perspective of the plaintiff class. Defendants object to this action by the Court because it unfairly addresses only those aspects of the formula which are inequitable with respect to the class, while leaving in place numerous inequities and errors in the formula that are harmful, unfair, and inequitable toward defendants. Even if the Court had the power to unilaterally alter a "settlement," it would be grossly unfair for it to do so for the benefit of one

party while failing to address glaring inequities injurious to the other party.

Finally, defendants object because the formula originally discussed, and partly outlined, by the parties was intended only to compensate those class members who could be reasonably identified as victims of alleged discrimination. The formula as ordered by the Court is, instead, a device for shifting wealth from defendants to the plaintiff class. The proposed redistribution only emphasizes and compounds that fact by pooling the shifted wealth and distributing it to all class members regardless of their status as a victim of discrimination.


THOMAS R. ELLIOTT, JR.
LISA W. BORDEN

Attorneys for Defendants


OF COUNSEL:

LONDON & YANCEY, L.L.C.
1000 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
(205) 251-2531

### Certificate of Service

I certify that the foregoing Defendants' Supplemental Submission has been served upon all counsel of record by placing copies of same in the U.S. Mail, properly addressed and postage prepaid, this 11th day of December, 1996.


Attorney for Defendants

4

RECEIVED

**Supplemental Report of**
**David B. Lasater**
**On the Issue Of Backpay Calculations For**
**Numerous "Other" Lines Of Progression**

This report is submitted in response to the Court's order that the parties address

the issue of backpay calculations for numerous "other" lines of progression. I

have previously provided backpay calculations for the three lines of progression

in the Alabama Department of Transportation ("ALDOT") with the most

numerous employees: namely, Non-licensed Engineers ("NLE"), Highway

Maintenance Technicians ("HMT") and Clericals. NLE's, HMT's and Clericals

comprise approximately 96% of the class member-by-years observations across

the period 1979-1995. Seventeen other lines of progression make up the

remaining 4% of class member-by-years observations.

This report identifies instances in those lines of progression for which there are

sufficient (i.e., greater than or equal to 22) numbers of white employees from

which whites-only regressions can be performed with minimal reliability, and (2)

identifies those lines of progression which do not satisfy, in my opinion, the

requirements of sufficient observations to be minimally reliable. Further, the

report calculates _arguendo_ the backpay for the members of each group and then

argues that the results of those calculations reveal numerous instances of the

unreasonableness of the _unadjusted_ regression results.

1

The Court's order of a two-stage method for determining backpay implies that the underlying pay formula is based on regression coefficients for the two predictors (Years of service, Log (Education)) that are reliable. If the coefficient values are not statistically reliable, then the calculations of race differences in pay and of backpay are not reliable. If the calculations of backpay are not reliable, then the interest amounts added to the backpay, in turn, are not reliable.

The drivers of coefficient reliability for each line of progression are:

(1)    The correspondence between the pay predictor model and actual use of the model's variables in ALDOT decisions affecting pay,

(2)    The extent to which the white employee observations for the predictor variables are normally distributed,

(3)    The extent to which pay observations of black employees are within the range of white employee pay, and

(4)    The number of observations of white employee pay.

The most immediate initial issue is whether a particular line of progression in a given year has sufficient observations from which to perform a regression of whites-only pay. Among the 188 possible instances in which there are at least three linear independent white pay observations, 99 (or 53%) have fewer than 22 whites-only observations. The "regressions" performed on those 99 line-of-progression data sets with fewer than 22 observations produce 93 (or 94%) instances in which at least one pay predictor coefficient is insignificant (at $p \leq$ .05). In those instances, the coefficient is unreliable and the backpay equation itself is unreliable.

Even more important is Stage I of the Court-ordered formula approach -- the ability of the regression to discover a significant pay disparity between whites and blacks as measured from the race coefficient. Approximately 144 (or 76.6% of 188) possible ("regressions") reveal an <u>insignificant</u> (one-tailed t-value at $p \leq$ .05) race coefficient.

## Table 1

|         | Possible "Regressions" | Number of Regressions In Which Race Coefficient Is Insignificant | Percent of Total |
|---------|-----------------------|------------------------------------------------------------------|------------------|
| G.E. 22 | 89                    | 56                                                               | 63% (62.9%)      |
| L.T. 22 | <u>99</u>             | <u>88</u>                                                        | 89% (88.9%)      |
| Total   | <u>188</u>            | <u>144</u>                                                       | <u>76.6%</u>     |

3

Details of the analysis of each line of progression (in alphabetical order) are
attached hereto. A summary of the backpay results are as follows:

**Table 2**

|  | Insignificant Race Coefficient | Significant Race Coefficient | Total |
|---|---|---|---|
| G.E. 22 | 1,727,561.64 | 2,119,600.66 | 3,847,162.30 |
| L.T. 22 | 1,409,265.25 | 150,869.47 | 1,560,134.72 |
| Total | 3,136,826.89 | 2,270,470.13 | 5,407,297.02 |

The reasonableness of the regression approach for the "other" lines of
progression is generally suspect when there are fewer than 22 observations in the
regression. Among the other lines of progression, the backpay results on a per-
person, per-year basis can be compared as follows:

**Table 3**

|  | Total Calculated Backpay | Number of Person Years | Backpay Per-person, Per-year |
|---|---|---|---|
| NLE | 5,316,964 | 1,990 | 2,672 |
| HMT | 15,908,683 | 8,042 | 1,978 |
| Clericals | 2,573,444 | 973 | 2,645 |
| Composite | 23,799,091 | 11,005 | 2,163 |
| Other, G.E. 22 | 3,847,162 | 858 | 4,484 |
| Other, LT 22 | 1,560,135 | 337 | 4,629 |
| Composite Other | 5,407,297 | 1,195 | 4,525 |

4

The comparison above reveals that "other" lines of progression produce greater backpay than the three more numerous lines of progression. The 105% difference between the composite backpay per-person, per-year, and the composite "other" backpay is not supported by the individual characteristics of the employees in those lines of progression. Years of service and education are compared below:

### Table 4

|  | Whites-only<br>Mean (± S.D.)<br>Years of Service | | Whites-only<br>Mean (± S.D.)<br>Years of<br>Standardized Education | |
|---|---|---|---|---|
| NLE | 18.90 | (± 10.84) | .69 | (± .98) |
| HMT | 9.57 | (± 7.90) | .24 | (± .46) |
| Clericals | 8.97 | (± 8.67) | .59 | (± .80) |
| Composite | 14.54 | (± 10.78) | .53 | (± .84) |
| Other | 13.33 | (± 10.22) | 2.16 | (± 1.87) |

In my opinion, backpay calculations for any line of progression with less than 22 white employee observations is unreliable. Alternative methods to the regression approach for calculating backpay may be proposed. However, it is unlikely that those methods will allow the important first stage calculation to determine the significance of the race coefficient.

"Other" Lines of Progression

| Year | ACCTG | APPLSCI | AUDIT | DATA | DRFTNG | ELECTRC | EQPT | GENERL | HMT-SPC |
|------|-------|---------|-------|------|--------|---------|------|--------|---------|
| 79 | NA | NA | $26,610 | $8,853 | NA | NA | $78,207 | IO | $51,208 |
| 80 | NA | NA | 27,233 | 33,469 | NA | NA | 80,291 | IO | 36,602 |
| 81 | NA | NA | 0 | 13,662 | NA | NA | 55,705 | IO | 39,158 |
| 82 | NA | NA | 6,341 | 78,925 | NA | NA | 51,451 | IO | 36,579 |
| 83 | NA | NA | 44,400 | 35,377 | NA | NA | 41,390 | 10,113 | 15,392 |
| 84 | 7,630 | NA | 43,026 | 32,823 | 3,296 | NA | 41,670 | 43,499 | 30,447 |
| 85 | 16,497 | NA | 28,086 | 25,062 | 8,295 | NA | 57,331 | 41,013 | 23,653 |
| 86 | 601 | NA | 54,675 | 46,905 | 5,577 | NA | 69,256 | 51,194 | 19,130 |
| 87 | 23,683 | NA | 48,283 | 52,332 | 5,487 | NA | 79,085 | 6,175 | 26,395 |
| 88 | 15,989 | 0 | 27,597 | 56,845 | 5,288 | 10,766 | 82,313 | IO | 15,541 |
| 89 | 20,684 | IO | 24,489 | 32,876 | 25,056 | 18,494 | 72,736 | IO | 13,626 |
| 90 | 32,755 | IO | 27,197 | 33,033 | 4,479 | 16,796 | 65,495 | IO | 10,340 |
| 91 | 31,350 | IO | 27,823 | 37,201 | 1,898 | 13,955 | 62,310 | IO | 4,395 |
| 92 | 32,090 | IO | 25,013 | 39,412 | 1,856 | 13,706 | 62,171 | IO | 5,803 |
| 93 | 31,939 | LD | 22,131 | 37,940 | 942 | 17,212 | 71,020 | 113,225 | 5,341 |
| 94 | 55,041 | LD | 33,706 | 77,991 | 0 | 12,443 | 80,597 | IO | 6,347 |
| 95 | 44,747 | LD | 34,176 | 79,416 | 0 | 15,095 | 62,947 | 42,461 | 15,657 |
| | $313,005 | $0 | $500,786 | $722,121 | $62,176 | $118,467 | $1,113,973 | $307,679 | $355,613 |

Legend:

NA = No Class Members were employed

IO = Insufficient observations (n ≤ 2)

LD = There is linear dependence in the independent variables (i.e., no variance)

**"Other" Lines of Progression**

| Year | LE | PLANNG | PRSNNL | PRINTG | P&S | PUBINF | ROW | TRADES | TOTAL |
|------|------|--------|--------|--------|--------|--------|--------|--------|--------|
| 79 | $8,422 | NA | $2,125 | NA | NA | NA | NA | $1,142 | $176,566 |
| 80 | 5,797 | LD | 2,659 | NA | NA | NA | NA | 712 | 186,763 |
| 81 | 15,584 | LD | 0 | NA | NA | NA | NA | 13 | 124,121 |
| 82 | 56,262 | LD | 396 | NA | NA | NA | NA | 9,374 | 239,328 |
| 83 | 27,968 | LD | 0 | NA | NA | NA | 18,122 | 14,948 | 207,709 |
| 84 | 86,098 | 939 | 128 | NA | NA | NA | 22,258 | 18,445 | 330,260 |
| 85 | 70,701 | 3,814 | 0 | NA | NA | NA | 35,108 | 8,048 | 317,609 |
| 86 | 89,681 | 1,899 | 4,575 | NA | NA | NA | 27,356 | 19,345 | 390,193 |
| 87 | 99,234 | 496 | 10,250 | NA | NA | NA | 34,081 | 20,066 | 405,568 |
| 88 | 68,218 | 0 | 58,925 | NA | NA | NA | 39,509 | 18,407 | 399,398 |
| 89 | 86,266 | 0 | 48,077 | NA | NA | NA | · 27,987 | 22,677 | 392,969 |
| 90 | 66,129 | 0 | 4,503 | NA | NA | NA | 15,746 | 20,815 | 297,289 |
| 91 | 77,342 | 0 | 6,370 | NA | NA | NA | 9,626 | 7,620 | 279,889 |
| 92 | 79,059 | 2,354 | 3,789 | NA | NA | NA | 5,353 | 6,299 | 276,906 |
| 93 | 106,886 | 5,194 | 3,901 | NA | NA | IO | 32,786 | 5,510 | 454,029 |
| 94 | 132,447 | 6,815 | 6,718 | 6,637 | 3,964 | IO | 33,136 | 4,142 | 459,981 |
| 95 | 115,476 | 1,570 | 13,405 | 6,704 | 2,201 | IO | 30,553 | 4,313 | 468,719 |
| | $1,191,571 | $23,081 | $165,822 | $13,341 | $6,165 | $0 | $331,621 | $181,876 | $5,407,297 |

Legend:

NA = No Class Members were employed

IO = Insufficient observations (n ≤ 2)

LD = There is linear dependence in the independent variables (i.e., no variance)

ARTHUR ANDERSEN

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Accounting |
|---|---|

| Year | Potential Back Pay | Count W | Count B | t-statistic $\beta$ Race | $\alpha$ | t-statistic $\beta$ Educ | $\beta$ YOS | $R^2$ | Adjusted $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | NA | 30 | 0 | NA | NA | NA | NA | NA | NA |
| 1980 | NA | 34 | 0 | NA | NA | NA | NA | NA | NA |
| 1981 | NA | 35 | 0 | NA | NA | NA | NA | NA | NA |
| 1982 | NA | 38 | 0 | NA | NA | NA | NA | NA | NA |
| 1983 | NA | 43 | 0 | NA | NA | NA | NA | NA | NA |
| 1984 | 7,630 | 43 | 1 | (1.356) | 12.817 | 5.935 | 5.480 | 0.607 | 0.587 |
| 1985 | 16,497 | 44 | 1 | (1.206) | 10.870 | 6.283 | 6.177 | 0.629 | 0.611 |
| 1986 | 601 | 46 | 1 | (2.764) | 11.760 | 6.314 | 6.457 | 0.632 | 0.614 |
| 1987 | 23,683 | 47 | 3 | (3.105) | 11.709 | 5.970 | 6.710 | 0.624 | 0.607 |
| 1988 | 15,989 | 46 | 2 | (1.159) | 11.317 | 5.335 | 6.872 | 0.642 | 0.625 |
| 1989 | 20,684 | 43 | 3 | (1.366) | 10.448 | 4.866 | 6.186 | 0.610 | 0.590 |
| 1990 | 32,755 | 44 | 4 | (1.721) | 8.927 | 4.787 | 6.179 | 0.586 | 0.566 |
| 1991 | 31,350 | 47 | 4 | (1.683) | 9.341 | 4.628 | 6.382 | 0.588 | 0.570 |
| 1992 | 32,090 | 49 | 5 | (1.620) | 10.082 | 4.790 | 6.396 | 0.586 | 0.568 |
| 1993 | 31,939 | 49 | 7 | (1.874) | 11.109 | 5.438 | 9.188 | 0.718 | 0.706 |
| 1994 | 55,041 | 51 | 10 | (2.695) | 11.291 | 6.560 | 9.200 | 0.734 | 0.723 |
| 1995 | 44,747 | 51 | 8 | (3.071) | 11.999 | 6.626 | 10.096 | 0.764 | 0.754 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Applied Science |
|---|---|

| Year | Potential Back Pay | Count W | Count B | t-statistic $\beta$ Race | $\alpha$ | t-statistic $\beta$ Educ | $\beta$ YOS | $R^2$ | Adjusted $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | NA | 5 | 0 | NA | NA | NA | NA | NA | NA |
| 1980 | NA | 5 | 0 | NA | NA | NA | NA | NA | NA |
| 1981 | NA | 5 | 0 | NA | NA | NA | NA | NA | NA |
| 1982 | NA | 5 | 0 | NA | NA | NA | NA | NA | NA |
| 1983 | NA | 7 | 0 | NA | NA | NA | NA | NA | NA |
| 1984 | NA | 5 | 0 | NA | NA | NA | NA | NA | NA |
| 1985 | NA | 5 | 0 | NA | NA | NA | NA | NA | NA |
| 1986 | NA | 5 | 0 | NA | NA | NA | NA | NA | NA |
| 1987 | NA | 5 | 0 | NA | NA | NA | NA | NA | NA |
| 1988 | 0 | 3 | 2 | 1.127 | * | * | * | * | * |
| 1989 | IO | 2 | 3 | IO | IO | IO | IO | IO | IO |
| 1990 | IO | 2 | 3 | IO | IO | IO | IO | IO | IO |
| 1991 | IO | 2 | 3 | IO | IO | IO | IO | IO | IO |
| 1992 | IO | 2 | 3 | IO | IO | IO | IO | IO | IO |
| 1993 | LD | 3 | 3 | LD | LD | LD | LD | LD | LD |
| 1994 | LD | 3 | 3 | LD | LD | LD | LD | LD | LD |
| 1995 | LD | 3 | 3 | LD | LD | LD | LD | LD | LD |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression:  Audit |
|---|

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | β Educ | β YOS | $R^2$ | Adjusted $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | $26,610 | 8 | 1 | (1.390) | 2.458 | 3.815 | 2.653 | 0.744 | 0.642 |
| 1980 | 27,233 | 8 | 1 | (1.424) | 2.451 | 3.969 | 2.733 | 0.759 | 0.663 |
| 1981 | 0 | 9 | 1 | 0.870 | 2.066 | 1.886 | 4.087 | 0.753 | 0.671 |
| 1982 | 6,341 | 10 | 2 | (0.099) | 2.729 | 2.302 | 2.844 | 0.592 | 0.476 |
| 1983 | 44,400 | 19 | 2 | (1.513) | 5.871 | 2.060 | 2.404 | 0.322 | 0.237 |
| 1984 | 43,026 | 18 | 2 | (1.413) | 5.629 | 1.842 | 2.412 | 0.321 | 0.231 |
| 1985 | 28,086 | 19 | 2 | (0.863) | 4.401 | 1.413 | 2.650 | 0.309 | 0.223 |
| 1986 | 54,675 | 20 | 3 | (1.695) | 4.848 | 1.521 | 2.728 | 0.313 | 0.232 |
| 1987 | 48,283 | 18 | 3 | (1.635) | 4.963 | 1.033 | 2.466 | 0.297 | 0.204 |
| 1988 | 27,597 | 20 | 2 | (1.099) | 5.325 | 0.918 | 2.215 | 0.227 | 0.136 |
| 1989 | 24,489 | 22 | 2 | (0.910) | 4.822 | 1.046 | 2.234 | 0.221 | 0.139 |
| 1990 | 27,197 | 19 | 2 | (1.341) | 3.312 | 1.378 | 2.792 | 0.333 | 0.250 |
| 1991 | 27,823 | 20 | 2 | (1.425) | 3.911 | 2.347 | 2.756 | 0.392 | 0.321 |
| 1992 | 25,013 | 19 | 3 | (1.153) | 3.320 | 2.738 | 2.808 | 0.439 | 0.369 |
| 1993 | 22,131 | 21 | 3 | (0.797) | 3.293 | 2.707 | 2.566 | 0.394 | 0.327 |
| 1994 | 33,705 | 20 | 4 | (1.135) | 2.923 | 2.373 | 2.175 | 0.315 | 0.234 |
| 1995 | 34,176 | 20 | 5 | (1.086) | 2.533 | 2.901 | 2.115 | 0.366 | 0.291 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Data |
|---|---|

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | β Educ | t-statistic β YOS | $R^2$ | Adjusted $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | $8,853 | 21 | 6 | 0.002 | 5.418 | 3.738 | 1.502 | 0.440 | 0.378 |
| 1980 | 33,469 | 22 | 6 | (0.205) | 5.739 | 4.019 | 1.855 | 0.479 | 0.424 |
| 1981 | 13,662 | 25 | 6 | (0.292) | 6.555 | 4.348 | 2.957 | 0.518 | 0.474 |
| 1982 | 78,925 | 29 | 5 | (2.576) | 9.519 | 4.324 | 2.331 | 0.527 | 0.491 |
| 1983 | 35,377 | 36 | 3 | (1.046) | 10.369 | 4.122 | 3.453 | 0.527 | 0.499 |
| 1984 | 32,823 | 38 | 4 | (0.845) | 10.020 | 3.721 | 4.164 | 0.516 | 0.489 |
| 1985 | 25,062 | 40 | 4 | (0.460) | 9.950 | 4.274 | 4.755 | 0.548 | 0.523 |
| 1986 | 46,905 | 50 | 5 | (0.918) | 10.600 | 3.662 | 6.502 | 0.532 | 0.512 |
| 1987 | 52,332 | 47 | 7 | (1.053) | 8.977 | 3.701 | 6.526 | 0.541 | 0.520 |
| 1988 | 56,845 | 49 | 8 | (1.145) | 9.636 | 3.224 | 5.945 | 0.497 | 0.475 |
| 1989 | 32,876 | 54 | 7 | (0.860) | 12.581 | 4.125 | 8.938 | 0.654 | 0.641 |
| 1990 | 33,033 | 54 | 6 | (0.462) | 10.456 | 4.159 | 9.413 | 0.679 | 0.667 |
| 1991 | 37,201 | 52 | 7 | (0.708) | 9.685 | 5.028 | 9.011 | 0.688 | 0.675 |
| 1992 | 39,412 | 53 | 9 | (1.002) | 9.305 | 5.183 | 8.926 | 0.684 | 0.672 |
| 1993 | 37,940 | 53 | 9 | (0.738) | 9.027 | 4.733 | 7.805 | 0.631 | 0.616 |
| 1994 | 77,991 | 51 | 11 | (2.199) | 8.798 | 5.175 | 6.646 | 0.614 | 0.597 |
| 1995 | 79,416 | 54 | 14 | (2.246) | 8.739 | 5.095 | 7.175 | 0.608 | 0.592 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Drafting |
|---|---|

| Year | Potential Back Pay | Count W | B | t-statistic β Race | α | t-statistic β Educ | β YOS | $R^2$ | Adjusted $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | NA | 9 | 0 | NA | NA | NA | NA | NA | NA |
| 1980 | NA | 9 | 0 | NA | NA | NA | NA | NA | NA |
| 1981 | NA | 9 | 0 | NA | NA | NA | NA | NA | NA |
| 1982 | NA | 9 | 0 | NA | NA | NA | NA | NA | NA |
| 1983 | NA | 15 | 0 | NA | NA | NA | NA | NA | NA |
| 1984 | 3,296 | 15 | 1 | (1.014) | 9.951 | 0.148 | 3.862 | 0.571 | 0.500 |
| 1985 | 8,295 | 13 | 1 | (1.193) | 9.008 | 0.061 | 3.229 | 0.536 | 0.443 |
| 1986 | 5,577 | 14 | 1 | (0.841) | 9.761 | 0.066 | 3.885 | 0.601 | 0.528 |
| 1987 | 5,487 | 12 | 1 | (0.774) | 8.122 | 0.111 | 3.041 | 0.524 | 0.419 |
| 1988 | 5,288 | 12 | 1 | (0.795) | 8.567 | 0.196 | 2.811 | 0.481 | 0.365 |
| 1989 | 25,056 | 9 | 3 | (2.384) | 6.489 | 1.147 | 1.687 | 0.423 | 0.231 |
| 1990 | 4,479 | 13 | 5 | (0.447) | 7.999 | 1.386 | 5.198 | 0.735 | 0.682 |
| 1991 | 1,898 | 16 | 3 | (0.454) | 10.608 | 1.672 | 6.308 | 0.774 | 0.740 |
| 1992 | 1,856 | 16 | 2 | 0.232 | 9.204 | 1.451 | 5.846 | 0.740 | 0.700 |
| 1993 | 942 | 16 | 2 | 0.268 | 8.204 | 1.185 | 5.508 | 0.713 | 0.669 |
| 1994 | 0 | 16 | 2 | 0.426 | 7.324 | 1.455 | 8.961 | 0.862 | 0.841 |
| 1995 | 0 | 14 | 1 | 0.043 | 7.034 | 1.431 | 8.545 | 0.869 | 0.845 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Electronic |
|---|---|

| Year | Potential Back Pay | Count W | B | t-statistic β Race | α | t-statistic β Educ | β YOS | $R^2$ | Adjusted $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | NA | 28 | 0 | NA | NA | NA | NA | NA | NA |
| 1980 | NA | 28 | 0 | NA | NA | NA | NA | NA | NA |
| 1981 | NA | 29 | 0 | NA | NA | NA | NA | NA | NA |
| 1982 | NA | 29 | 0 | NA | NA | NA | NA | NA | NA |
| 1983 | NA | 33 | 0 | NA | NA | NA | NA | NA | NA |
| 1984 | NA | 32 | 0 | NA | NA | NA | NA | NA | NA |
| 1985 | NA | 34 | 0 | NA | NA | NA | NA | NA | NA |
| 1986 | NA | 34 | 0 | NA | NA | NA | NA | NA | NA |
| 1987 | NA | 35 | 0 | NA | NA | NA | NA | NA | NA |
| 1988 | 10,766 | 35 | 3 | (1.448) | 10.808 | (0.088) | 3.892 | 0.321 | 0.279 |
| 1989 | 18,494 | 36 | 3 | (1.211) | 12.555 | (0.782) | 4.475 | 0.392 | 0.356 |
| 1990 | 16,796 | 38 | 3 | (0.950) | 13.398 | (0.127) | 4.766 | 0.397 | 0.363 |
| 1991 | 13,955 | 39 | 3 | (0.801) | 13.907 | 0.006 | 4.748 | 0.393 | 0.359 |
| 1992 | 13,706 | 41 | 4 | (1.163) | 14.177 | 0.555 | 5.809 | 0.471 | 0.444 |
| 1993 | 17,212 | 39 | 5 | (0.677) | 14.434 | 0.635 | 5.181 | 0.429 | 0.397 |
| 1994 | 12,443 | 43 | 6 | 0.047 | 15.621 | 1.072 | 6.396 | 0.517 | 0.493 |
| 1995 | 15,095 | 37 | 6 | (0.198) | 13.943 | 0.992 | 4.839 | 0.424 | 0.391 |

*Reynolds v. ALDOT*
**"Other" Lines of Progression**

| Line of Progression: | Equipment |
| --- | --- |

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | t-statistic β Educ | β YOS | $R^2$ | Adjusted $R^2$ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1979 | $78,207 | 98 | 8 | (2.344) | 15.647 | 0.560 | 5.379 | 0.234 | 0.218 |
| 1980 | 80,291 | 100 | 10 | (2.411) | 15.156 | 0.594 | 5.304 | 0.225 | 0.209 |
| 1981 | 55,705 | 102 | 10 | (1.862) | 15.023 | 0.732 | 5.188 | 0.214 | 0.198 |
| 1982 | 51,451 | 112 | 8 | (1.447) | 15.759 | 0.991 | 5.890 | 0.242 | 0.228 |
| 1983 | 41,390 | 119 | 8 | (1.256) | 14.898 | 1.362 | 6.552 | 0.270 | 0.258 |
| 1984 | 41,670 | 116 | 7 | (1.221) | 14.403 | 0.803 | 6.803 | 0.294 | 0.282 |
| 1985 | 57,331 | 114 | 11 | (2.105) | 13.754 | 0.369 | 7.311 | 0.334 | 0.322 |
| 1986 | 69,256 | 119 | 13 | (2.085) | 15.234 | 0.932 | 7.848 | 0.351 | 0.340 |
| 1987 | 79,085 | 115 | 16 | (2.946) | 16.062 | 1.255 | 7.574 | 0.340 | 0.328 |
| 1988 | 82,313 | 117 | 16 | (2.862) | 16.156 | 1.330 | 7.985 | 0.359 | 0.348 |
| 1989 | 72,736 | 120 | 20 | (2.847) | 16.718 | 1.036 | 8.004 | 0.355 | 0.344 |
| 1990 | 65,495 | 126 | 21 | (1.968) | 17.468 | 1.348 | 9.056 | 0.401 | 0.392 |
| 1991 | 62,310 | 123 | 23 | (2.034) | 17.814 | 1.738 | 8.461 | 0.375 | 0.364 |
| 1992 | 62,171 | 124 | 26 | (1.941) | 18.099 | 2.044 | 8.740 | 0.387 | 0.377 |
| 1993 | 71,020 | 118 | 28 | (2.160) | 17.639 | 2.621 | 8.624 | 0.393 | 0.383 |
| 1994 | 80,597 | 122 | 29 | (2.196) | 18.102 | 2.488 | 9.049 | 0.408 | 0.398 |
| 1995 | 62,947 | 115 | 25 | (1.424) | 17.010 | 2.429 | 9.233 | 0.432 | 0.422 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | General |
|---|---|

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | t-statistic β Educ | β YOS | R² | Adjusted R² |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | IO | 2 | 6 | IO | IO | IO | IO | IO | IO |
| 1980 | IO | 2 | 6 | IO | IO | IO | IO | IO | IO |
| 1981 | IO | 2 | 6 | IO | IO | IO | IO | IO | IO |
| 1982 | IO | 2 | 5 | IO | IO | IO | IO | IO | IO |
| 1983 | 10,113 | 4 | 2 | (3.667) | 2569.780 | 58.710 | (0.380) | 1.000 | 0.999 |
| 1984 | 43,499 | 6 | 2 | (1.928) | 3.360 | (1.210) | (0.640) | 0.349 | 0.000 |
| 1985 | 41,013 | 5 | 2 | (1.454) | 2.770 | (0.970) | (0.480) | 0.348 | 0.000 |
| 1986 | 51,194 | 4 | 3 | (1.922) | 2.210 | (0.840) | (0.500) | 0.458 | 0.000 |
| 1987 | 6,175 | 3 | 4 | (0.392) | * | * | * | * | * |
| 1988 | IO | 1 | 5 | IO | IO | IO | IO | IO | IO |
| 1989 | IO | 2 | 5 | IO | IO | IO | IO | IO | IO |
| 1990 | IO | 1 | 6 | IO | IO | IO | IO | IO | IO |
| 1991 | IO | 2 | 11 | IO | IO | IO | IO | IO | IO |
| 1992 | IO | 2 | 9 | IO | IO | IO | IO | IO | IO |
| 1993 | 113,225 | 4 | 9 | (0.573) | 200.180 | 22.710 | 120.930 | 1.000 | 1.000 |
| 1994 | IO | 2 | 11 | IO | IO | IO | IO | IO | IO |
| 1995 | 42,461 | 5 | 10 | 0.247 | 2.950 | 1.130 | 1.260 | 0.594 | 0.188 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression:  HMT - Spec |

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | t-statistic β Educ | β YOS | $R^2$ | Adjusted $R^2$ |
|------|------|---|---|------|------|------|------|------|------|
| 1979 | $51,208 | 7 | 3 | (15.241) | 56.770 | 1.284 | (11.784) | 0.975 | 0.962 |
| 1980 | 36,602 | 7 | 2 | (12.085) | 47.522 | 0.533 | (10.937) | 0.970 | 0.955 |
| 1981 | 39,158 | 10 | 3 | (1.714) | 11.029 | (0.525) | 0.399 | 0.138 | (0.109) |
| 1982 | 36,579 | 11 | 3 | (1.633) | 11.640 | (0.529) | 0.574 | 0.180 | (0.025) |
| 1983 | 15,392 | 14 | 3 | (1.128) | 8.399 | 0.711 | 1.428 | 0.158 | 0.005 |
| 1984 | 30,447 | 13 | 3 | (1.604) | 9.755 | 0.625 | 2.267 | 0.367 | 0.241 |
| 1985 | 23,653 | 14 | 3 | (1.507) | 12.258 | 1.271 | 3.202 | 0.493 | 0.401 |
| 1986 | 19,130 | 14 | 4 | (1.302) | 13.700 | 1.619 | 3.936 | 0.590 | 0.516 |
| 1987 | 26,395 | 14 | 4 | (1.719) | 15.220 | 1.519 | 4.066 | 0.603 | 0.530 |
| 1988 | 15,541 | 14 | 5 | (2.010) | 15.612 | 1.689 | 4.506 | 0.649 | 0.585 |
| 1989 | 13,626 | 14 | 4 | (0.873) | 14.630 | 1.799 | 4.019 | 0.596 | 0.522 |
| 1990 | 10,340 | 14 | 3 | (0.598) | 12.249 | 1.731 | 4.076 | 0.604 | 0.532 |
| 1991 | 4,395 | 21 | 4 | (0.907) | 17.226 | 1.302 | 5.265 | 0.649 | 0.610 |
| 1992 | 5,803 | 23 | 2 | (0.494) | 17.356 | 1.416 | 4.552 | 0.540 | 0.494 |
| 1993 | 5,341 | 24 | 3 | (0.423) | 17.306 | 1.814 | 5.155 | 0.563 | 0.522 |
| 1994 | 6,347 | 26 | 3 | (0.498) | 17.053 | 1.666 | 5.037 | 0.524 | 0.483 |
| 1995 | 15,657 | 24 | 5 | (1.700) | 16.747 | 2.052 | 5.107 | 0.554 | 0.512 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression:  Licensed Engineers |

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | t-statistic β Educ | β YOS | $R^2$ | Adjusted $R^2$ |
|------|-----------|-----|----|---------|--------|--------|--------|-------|-------|
| 1979 | $8,422  | 106 | 2  | (0.416) | 16.686 | 2.445  | 12.411 | 0.604 | 0.596 |
| 1980 | 5,797   | 111 | 2  | (0.755) | 18.360 | 1.858  | 13.198 | 0.627 | 0.620 |
| 1981 | 15,584  | 111 | 2  | (0.954) | 17.695 | 2.282  | 12.395 | 0.595 | 0.588 |
| 1982 | 56,262  | 123 | 10 | (4.044) | 19.752 | 3.128  | 14.567 | 0.641 | 0.635 |
| 1983 | 27,968  | 150 | 9  | (2.771) | 22.398 | 5.829  | 17.560 | 0.699 | 0.695 |
| 1984 | 86,098  | 151 | 9  | (3.230) | 17.191 | 5.458  | 19.260 | 0.719 | 0.715 |
| 1985 | 70,701  | 162 | 10 | (1.602) | 13.839 | 5.880  | 20.838 | 0.732 | 0.729 |
| 1986 | 89,681  | 172 | 11 | (1.799) | 16.452 | 7.345  | 25.574 | 0.798 | 0.796 |
| 1987 | 99,234  | 174 | 12 | (2.068) | 14.976 | 8.351  | 24.057 | 0.777 | 0.774 |
| 1988 | 68,218  | 188 | 11 | (1.533) | 15.975 | 9.513  | 26.637 | 0.807 | 0.805 |
| 1989 | 86,266  | 218 | 10 | (2.046) | 16.893 | 10.929 | 27.701 | 0.808 | 0.806 |
| 1990 | 66,129  | 255 | 14 | (1.387) | 27.152 | 12.740 | 29.608 | 0.838 | 0.837 |
| 1991 | 77,342  | 295 | 18 | (1.775) | 30.968 | 12.956 | 27.859 | 0.824 | 0.822 |
| 1992 | 79,059  | 333 | 18 | (2.480) | 30.944 | 13.604 | 29.809 | 0.812 | 0.811 |
| 1993 | 106,886 | 339 | 27 | (2.689) | 32.013 | 13.458 | 28.932 | 0.799 | 0.798 |
| 1994 | 132,447 | 343 | 52 | (0.327) | 33.936 | 13.874 | 29.598 | 0.808 | 0.807 |
| 1995 | 115,476 | 332 | 45 | 0.429   | 33.177 | 12.672 | 27.992 | 0.801 | 0.800 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Planning |
|---|---|

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | t-statistic β Educ | β YOS | $R^2$ | Adjusted $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | NA | 4 | 0 | NA | NA | NA | NA | NA | NA |
| 1980 | LD | 5 | 1 | LD | LD | LD | LD | LD | LD |
| 1981 | LD | 6 | 1 | LD | LD | LD | LD | LD | LD |
| 1982 | LD | 6 | 1 | LD | LD | LD | LD | LD | LD |
| 1983 | LD | 7 | 1 | LD | LD | LD | LD | LD | LD |
| 1984 | 939 | 8 | 2 | 0.114 | 1.230 | (0.319) | 3.947 | 0.799 | 0.719 |
| 1985 | 3,814 | 7 | 2 | 0.190 | 1.082 | (0.254) | 3.879 | 0.830 | 0.745 |
| 1986 | 1,899 | 7 | 2 | 0.839 | 1.587 | (0.203) | 5.756 | 0.925 | 0.887 |
| 1987 | 496 | 9 | 2 | 1.478 | 2.369 | (0.380) | 7.337 | 0.936 | 0.915 |
| 1988 | 0 | 6 | 1 | 3.233 | 5.335 | (1.110) | 22.018 | 0.995 | 0.992 |
| 1989 | 0 | 4 | 2 | 1.389 | 0.575 | 1.122 | 14.685 | 0.996 | 0.989 |
| 1990 | 0 | 5 | 2 | 1.875 | 4.366 | (0.577) | 13.793 | 0.995 | 0.990 |
| 1991 | 0 | 5 | 2 | 2.027 | 4.591 | (0.992) | 13.104 | 0.994 | 0.989 |
| 1992 | 2,354 | 7 | 3 | 0.940 | 2.847 | (1.082) | 7.297 | 0.968 | 0.953 |
| 1993 | 5,194 | 8 | 4 | 0.687 | 0.858 | 0.898 | 8.026 | 0.937 | 0.912 |
| 1994 | 6,815 | 9 | 6 | 2.079 | 20.969 | (0.648) | 9.931 | 0.945 | 0.927 |
| 1995 | 1,570 | 8 | 5 | 2.835 | 0.194 | 0.980 | 6.580 | 0.901 | 0.862 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Personnel |
|---|---|

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | t-statistic β Educ | β YOS | $R^2$ | Adjusted $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | $2,125 | 6 | 2 | 0.255 | 2.055 | (0.170) | 0.711 | 0.293 | (0.178) |
| 1980 | 2,659 | 6 | 2 | 0.225 | 2.030 | (0.061) | 0.742 | 0.268 | (0.220) |
| 1981 | 0 | 6 | 2 | 0.315 | 1.935 | 0.012 | 0.821 | 0.283 | (0.196) |
| 1982 | 396 | 6 | 2 | 0.169 | 1.877 | 0.093 | 0.825 | 0.260 | (0.234) |
| 1983 | 0 | 8 | 3 | 0.918 | 2.447 | 0.803 | 2.027 | 0.514 | 0.319 |
| 1984 | 128 | 8 | 3 | 0.222 | 2.223 | 0.932 | 1.841 | 0.435 | 0.209 |
| 1985 | 0 | 7 | 2 | 0.447 | 2.019 | 1.041 | 2.153 | 0.569 | 0.354 |
| 1986 | 4,575 | 8 | 2 | (0.046) | 2.812 | 1.057 | 1.875 | 0.438 | 0.213 |
| 1987 | 10,250 | 6 | 2 | (0.693) | 2.401 | 0.675 | 0.939 | 0.230 | (0.284) |
| 1988 | 58,925 | 5 | 6 | (1.709) | 2.099 | 0.886 | 1.363 | 0.491 | (0.019) |
| 1989 | 48,077 | 6 | 6 | (1.316) | 2.119 | 0.427 | 0.920 | 0.246 | (0.256) |
| 1990 | 4,503 | 9 | 4 | 0.421 | 2.932 | 1.588 | 2.846 | 0.575 | 0.433 |
| 1991 | 6,370 | 10 | 5 | 0.615 | 3.525 | 1.798 | 3.472 | 0.634 | 0.530 |
| 1992 | 3,789 | 10 | 4 | 0.382 | 3.098 | 1.633 | 3.301 | 0.610 | 0.498 |
| 1993 | 3,901 | 12 | 4 | 0.246 | 3.434 | 1.594 | 3.126 | 0.521 | 0.414 |
| 1994 | 6,718 | 12 | 6 | (0.074) | 3.431 | 1.511 | 3.118 | 0.520 | 0.414 |
| 1995 | 13,405 | 10 | 6 | (1.032) | 10.510 | 5.379 | 5.854 | 0.861 | 0.821 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Printing |
| --- | --- |

| Year | Potential Back Pay | Count | | t-statistic | | t-statistic | | | | Adjusted |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | W | B | $\beta$ Race | $\alpha$ | $\beta$ Educ | $\beta$ YOS | $R^2$ | $R^2$ |
| 1979 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1980 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1981 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1982 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1983 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1984 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1985 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1986 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1987 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1988 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1989 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1990 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1991 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1992 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1993 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1994 | 6,637 | 5 | 2 | (4.347) | 32.757 | (1.486) | 0.612 | 0.618 | 0.236 |
| 1995 | 6,704 | 5 | 3 | (2.491) | 25.225 | (0.790) | 0.399 | 0.394 | (0.212) |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Procurement & Supply |
|---|---|

|      | Potential | Count | | t-statistic | | b-statistic | | | Adjusted |
| Year | Back Pay | W | B | β Race | α | β Educ | β YOS | $R^2$ | $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1980 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1981 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1982 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1983 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1984 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1985 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1986 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1987 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1988 | NA | 2 | 0 | NA | NA | NA | NA | NA | NA |
| 1989 | NA | 11 | 0 | NA | NA | NA | NA | NA | NA |
| 1990 | NA | 11 | 0 | NA | NA | NA | NA | NA | NA |
| 1991 | NA | 11 | 0 | NA | NA | NA | NA | NA | NA |
| 1992 | NA | 11 | 0 | NA | NA | NA | NA | NA | NA |
| 1993 | NA | 10 | 0 | NA | NA | NA | NA | NA | NA |
| 1994 | 3,964 | 12 | 1 | (2.209) | 20.653 | (0.799) | 6.576 | 0.832 | 0.795 |
| 1995 | 2,201 | 10 | 1 | (3.596) | 29.146 | (2.034) | 9.308 | 0.929 | 0.908 |

*Reynolds v. ALDOT*
"Other" Lines of Progression

| Line of Progression: | Public Information |
|---|---|

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | β Educ | β YOS | $R^2$ | Adjusted $R^2$ |
|---|---|---|---|---|---|---|---|---|---|
| 1979 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1980 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1981 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1982 | NA | 2 | 0 | NA | NA | NA | NA | NA | LD |
| 1983 | NA | 2 | 0 | NA | NA | NA | NA | NA | LD |
| 1984 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1985 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1986 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1987 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1988 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1989 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1990 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1991 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1992 | NA | 0 | 0 | NA | NA | NA | NA | NA | NA |
| 1993 | IO | 2 | 1 | IO | IO | IO | IO | IO | LD |
| 1994 | IO | 2 | 1 | IO | IO | IO | IO | IO | LD |
| 1995 | IO | 2 | 1 | IO | IO | IO | IO | IO | IO |

*Reynolds v. ALDOT*
"Other" Lines of Progression

## Line of Progression:  Right of Way

| Year | Potential Back Pay | Count W | Count B | t-statistic β Race | α | t-statistic β Educ | β YOS | R² | Adjusted R² |
|------|------|----|----|---------|--------|---------|-------|-------|-------|
| 1979 | NA | 32 | 0 | NA | NA | NA | NA | NA | NA |
| 1980 | NA | 32 | 0 | NA | NA | NA | NA | NA | NA |
| 1981 | NA | 32 | 0 | NA | NA | NA | NA | NA | NA |
| 1982 | NA | 32 | 0 | NA | NA | NA | NA | NA | NA |
| 1983 | 18,122 | 49 | 4 | (1.224) | 13.615 | 1.978 | 7.107 | 0.523 | 0.503 |
| 1984 | 22,258 | 49 | 4 | (1.314) | 11.635 | 1.404 | 6.581 | 0.498 | 0.476 |
| 1985 | 35,108 | 46 | 5 | (1.917) | 10.499 | 1.359 | 5.706 | 0.447 | 0.421 |
| 1986 | 27,356 | 45 | 5 | (1.313) | 11.123 | 1.024 | 6.093 | 0.473 | 0.448 |
| 1987 | 34,081 | 41 | 6 | (1.790) | 12.376 | 0.376 | 4.332 | 0.340 | 0.305 |
| 1988 | 39,509 | 43 | 6 | (1.495) | 13.307 | (0.453) | 3.428 | 0.257 | 0.220 |
| 1989 | 27,987 | 43 | 7 | (1.004) | 14.790 | (0.776) | 5.274 | 0.466 | 0.440 |
| 1990 | 15,746 | 50 | 7 | (0.179) | 13.525 | 0.337 | 5.464 | 0.392 | 0.366 |
| 1991 | 9,626 | 52 | 8 | 0.577 | 13.491 | 0.459 | 6.396 | 0.463 | 0.441 |
| 1992 | 5,353 | 63 | 9 | 0.982 | 12.809 | 0.585 | 7.745 | 0.528 | 0.513 |
| 1993 | 32,786 | 62 | 12 | (0.322) | 12.414 | 0.776 | 7.931 | 0.544 | 0.528 |
| 1994 | 33,136 | 62 | 13 | (0.295) | 14.233 | 0.323 | 7.531 | 0.521 | 0.504 |
| 1995 | 30,553 | 59 | 13 | (0.400) | 12.863 | 0.360 | 7.447 | 0.525 | 0.508 |

*Reynolds v. ALDOT*
**"Other" Lines of Progression**

| Line of Progression:   Trades |
| --- |

| Year | Potential Back Pay | Count W | Count B | t-statistic $\beta$ Race | $\alpha$ | t-statistic $\beta$ Educ | $\beta$ YOS | $R^2$ | Adjusted $R^2$ |
|------|--------------------|---------|---------|--------------------------|----------|--------------------------|-------------|-------|----------------|
| 1979 | $1,142 | 11 | 2  | 0.181   | 13.058 | 2.125   | 1.903 | 0.476 | 0.345 |
| 1980 | 712    | 11 | 1  | (0.157) | 16.930 | 2.352   | 1.830 | 0.499 | 0.374 |
| 1981 | 13     | 11 | 1  | 0.014   | 21.062 | 2.625   | 1.623 | 0.519 | 0.399 |
| 1982 | 9,374  | 12 | 2  | (1.657) | 19.438 | 2.127   | 0.554 | 0.340 | 0.194 |
| 1983 | 14,948 | 14 | 3  | (1.589) | 19.197 | 2.958   | 2.302 | 0.544 | 0.461 |
| 1984 | 18,445 | 14 | 3  | (1.527) | 14.150 | 2.609   | 2.217 | 0.499 | 0.408 |
| 1985 | 8,048  | 13 | 3  | (0.477) | 11.845 | 1.204   | 2.770 | 0.444 | 0.332 |
| 1986 | 19,345 | 19 | 8  | (0.473) | 15.045 | 0.155   | 3.510 | 0.460 | 0.393 |
| 1987 | 20,066 | 19 | 9  | (0.735) | 14.573 | (0.034) | 3.457 | 0.466 | 0.399 |
| 1988 | 18,407 | 18 | 8  | (0.927) | 13.666 | (0.088) | 3.102 | 0.420 | 0.343 |
| 1989 | 22,677 | 19 | 9  | (1.184) | 16.324 | (0.211) | 3.266 | 0.448 | 0.379 |
| 1990 | 20,815 | 20 | 10 | (1.080) | 18.441 | (0.044) | 3.674 | 0.490 | 0.430 |
| 1991 | 7,620  | 22 | 10 | (0.493) | 23.216 | 1.069   | 5.832 | 0.645 | 0.608 |
| 1992 | 6,299  | 18 | 8  | (0.381) | 24.662 | 1.640   | 5.402 | 0.661 | 0.616 |
| 1993 | 5,510  | 17 | 8  | (0.109) | 23.420 | 1.159   | 5.252 | 0.664 | 0.615 |
| 1994 | 4,142  | 18 | 8  | 0.333   | 18.870 | 0.670   | 3.464 | 0.445 | 0.371 |
| 1995 | 4,313  | 17 | 8  | (0.332) | 17.950 | 0.662   | 4.366 | 0.579 | 0.518 |

ARTHUR ANDERSEN

| Line of Progression | n | | Bi-Weekly Pay | | | | | |
|---|---|---|---|---|---|---|---|---|
| | W | B | $W_x$ | $W_\sigma$ | $B_x$ | $B_\sigma$ | COMB$_x$ | COMB$_\sigma$ |
| OTHER | 10,190 | 1,313 | $1,127.24 | $535.48 | $808.56 | $301.03 | $1,090.87 | $524.03 |
| NLE | 25,129 | 1,990 | 918.58 | 378.83 | 665.39 | 224.53 | 900.00 | 375.55 |
| CLK | 5,887 | 973 | 620.45 | 179.85 | 458.45 | 161.10 | 597.47 | 186.10 |
| HMT | 15,449 | 8,042 | 619.66 | 184.43 | 570.26 | 150.43 | 602.75 | 175.11 |
| Composite NLE-CLK-HMT | 46,465 | 11,005 | 781.42 | 339.38 | 577.58 | 175.01 | 742.39 | 324.68 |

| | n | | Education Code | | | | | |
|---|---|---|---|---|---|---|---|---|
| | W | B | $W_x$ | $W_\sigma$ | $B_x$ | $B_\sigma$ | COMB$_x$ | COMB$_\sigma$ |
| OTHER | 10,190 | 1,313 | 2.1552 | 1.8703 | 1.9663 | 1.8585 | 2.1336 | 1.8698 |
| NLE | 25,129 | 1,990 | 0.6857 | 0.9783 | 1.7186 | 1.2931 | 0.7214 | 1.0127 |
| CLK | 5,887 | 973 | 0.5910 | 0.8002 | 1.0342 | 1.1553 | 0.6539 | 0.8732 |
| HMT | 15,449 | 8,042 | 0.2384 | 0.4562 | 0.2824 | 0.4813 | 0.2534 | 0.4654 |
| Composite NLE-CLK-HMT | 46,465 | 11,005 | 0.5250 | 0.8425 | 0.5097 | 0.8549 | 0.5221 | 0.8449 |

| | n | | Years of Service | | | | | |
|---|---|---|---|---|---|---|---|---|
| | W | B | $W_x$ | $W_\sigma$ | $B_x$ | $B_\sigma$ | COMB$_x$ | COMB$_\sigma$ |
| OTHER | 10,190 | 1,313 | 13.3349 | 10.2195 | 5.2724 | 4.7551 | 12.4146 | 10.0831 |
| NLE | 25,129 | 1,990 | 18.9039 | 10.8398 | 6.0614 | 4.8388 | 17.9615 | 11.0368 |
| CLK | 5,887 | 973 | 8.9710 | 8.6760 | 2.5195 | 3.4754 | 8.0559 | 8.4483 |
| HMT | 15,449 | 8,042 | 9.5725 | 7.9043 | 5.7611 | 4.5360 | 8.2677 | 7.1696 |
| Composite NLE-CLK-HMT | 46,465 | 11,005 | 14.5429 | 10.7836 | 5.5288 | 4.6071 | 12.8168 | 10.5196 |