Johnny Reynolds, et al. v.
Alabama Department of Transportation, et al.
CIVIL ACTION NO. 85-T-665-N

Defendants' "Notice of Filing Under Seal" report of expert David B. Lasater

filed 2/6/97

DOCUMENT # 1515

SEALED PER ORDER OF 12/9/96 (doc. # 1417)