IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNY REYNOLDS, et al., )
)
    Plaintiffs, )
) CV 85 T 665 N
v. )
)
ALABAMA DEPARTMENT OF )
TRANSPORTATION, et al., )
)
    Defendants. )

**STATEMENT OF DAVID B. LASATER**

I transmit herewith the following:

1. A database providing the information necessary to apply the eligibility and backpay formulas ordered by the Court for persons employed by the Alabama Department of Transportation (ALDOT) during the class period, from May 21, 1979 through February 14, 1997.

2. A database providing the information necessary to apply the eligibility and backpay formulas ordered by the Court for persons employed by ALDOT during the period January 1, 1979 through February 14, 1997.

3. The activity log from January 1, 1983 through February 14, 1997.

4. A database of start, separation, and end dates for persons employed between 1979 and 1982.

These databases are produced from information provided to me by the State of Alabama as of February 14, 1997, and also from information I have collected from the State through the date of

this statement. The databases are complete and accurate within a reasonable range of materiality.

Plaintiffs' expert, Dr. Edwin Bradley, has notified me of potential exceptions as to the issue of persons not yet reflected in the database. Those exceptions are being investigated and will be resolved on or before March 21, 1997 in concert with Dr. Bradley.

I anticipate receiving other possible exceptions from Dr. Bradley with respect to years of service and backpay fraction calculations currently reflected in the database. Those exceptions will be resolved on or before march 21, 1997 in concert with Dr. Bradley.

I swear under penalty of perjury that the foregoing is true to the best of my knowledge.

_____
DAVID B. LASATER

Certificate of Service

I certify that the foregoing Statement of David B. Lasater has been served upon all counsel of record by hand delivery this 17th day of March, 1997.

_____
Attorney for David B. Lasater

2