IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., )  <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALABAMA DEPARTMENT OF ) <br> TRANSPORTATION, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:85-cv-665-T <br>     (WO) <br> **Judge Thompson** |

**ORDER**

It is ORDERED as follows:

1. Pursuant to agreement of the defendants, plaintiffs, and Adams intervenors, the defendants' quarterly supplemental testing schedule, dated April 8, 2005 (attached to the notice of filing (Doc. no. 7725)), is approved, adopted, and entered by the Court. The schedule supplements the schedule previously adopted and entered by the Court on December 9, 2003 (Doc. no. 7074), as subsequently supplemented.

2. The quarterly testing schedule includes SPD's schedule for both non-project and project classifications. With regard to the project schedule, the parties reserve their respective positions as to whether the MQs for those classifications are valid and/or have been approved.

3. The defendants are ENJOINED and RESTRAINED from failing to comply with the supplemental schedule attached to the notice of filing (Doc. no. 7725).

DONE, this the 21st day of April, 2005.

                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE