IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:85cv665-T |
| | ) | Judge Thompson |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

Based upon plaintiffs' response (Doc. No. 7799), it is ORDERED that defendants' motions for approval of minimum qualifications, etc. (Doc. Nos. 7605, 7610, 7611, & 7794) are granted and the minimum qualifications at issue are approved.

DONE, this the 30th day of June, 2005.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**