IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-T |
| ALABAMA DEPARTMENT OF | ) | Judge Thompson |
| TRANSPORTATION, et al., | ) | (WO) |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Based on the representations made during oral argument on September 23, 2005, and the court being of the opinion that the plaintiffs should have had an opportunity to submit, at least, their own evidence on their motion to recover funds (Doc. No. 7752), it is ORDERED that the Special Master's report and recommendation (Doc. No. 7798) is not adopted at this time and the plaintiffs' motion to recover funds (Doc. No. 7752) is referred back to the Special Master. What discovery, if any, the Special Master

should allow is up to the sound discretion of the Special Master.

DONE, this the 28th day of September, 2005.

      /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE