IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) |   2:85cv665-T |
| ALABAMA DEPARTMENT OF | ) | Judge Thompson |
| TRANSPORTATION, et al., | ) |     (WO) |
| | ) | |
|    Defendants. | ) | |

ORDER

Before this court are the defendants' and the Adams intervenors' objections to Special Master Carlos González's report and recommendation on interim attorneys' fees. Based on the representations made during oral argument on September 23, 2005, the court agrees that the Special Master should proceed with the process he has developed to handle motions for interim attorneys' fees. But before giving the process 'final' approval and before approving the 'final' calculation of fees due to be paid, the court would like see how the process plays out.

Accordingly, it is ORDERED as follows:

(1) The defendants' objections (Doc. No. 7841) and Adams intervenors' objections (Doc. No. 7842) are overruled, with leave to renew the objections when the Special Master enters a final recommendation for the specific sum, if any, that the Adams intervenors should receive as interim attorneys' fees.

(2) The Special Master's report and recommendation (Doc. No. 7824) is 'preliminarily' adopted, and the defendants and the Adams intervenors are to comply forthwith with the Special Master's directives.

(3) The Adams intervenors' motion for interim attorney fees (Doc. No. 7732) is 'preliminarily' granted in part and denied in part as set forth in the Special Master's report and recommendation (Doc. No. 7824).

DONE, this the 23rd day of September, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**