IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,     )
                             )
    Plaintiffs,               )
                             )
    v.                        )     CIVIL ACTION NO.
                             )       2:85cv665-MHT
ALABAMA DEPARTMENT OF         )           (WO)
TRANSPORTATION, et al.,       )
                             )
    Defendants.               )
```

ORDER

Before this court are plaintiffs' objections to the report and recommendation of the special master concerning defendants' request for refund of Article II and III contempt fines.  After an independent and de novo review of the record, it is the the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections filed by the plaintiffs on December 22, 2005 (Doc. No. 7939), are overruled.

(2) The recommendation, entered by Special Master González on December 5, 2005 (Doc. No. 7930), is adopted.

(3) The clerk of the court is to refund $ 303,959.33 to the defendants, consistent with the special master's recommendation.

(4) The defendants' motion to alter or amend (Doc. No. 7857) is referred back to the Special Master to determine whether the defendants are entitled to any refund of fines attributable to Article II, ¶ 2(b) and Article III, ¶ 2(a).

DONE, this the 6th day of February, 2006.

      /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**