IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

With the understanding that the defendants' motion for summary judgment on Article XIV compliance (Doc. No. 7777) is not granted as to paragraph 3 of Article XIV and after a de novo review of the record, it is ORDERED as follows:

(1) The plaintiffs' objection (Doc. No. 7935) to Special Master González's report and recommendation is overruled.

(2) The Special Master's Report and Recommendation (Doc. No. 7824), as amended (Doc. Nos. 7906 & 7929), is adopted.

(3) The defendants' motion for summary judgment on Article XIV compliance (Doc. No. 7777) is granted in part and denied in part.

(4) The defendants' motion for a finding of compliance with Article XIV (Doc. No. 7453) is granted as to ¶¶ 1 & 2(a).

(5) The court reserves judgment on the defendants' motion for a finding of compliance with Article XIV (Doc. No. 7453) as to ¶¶ 2(b) & 3, pending further report and recommendation by the Special Master.

DONE, this the 7th day of February, 2006.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE