IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Based on the oral agreement of the parties during the on-the-record status conference held on February 7, 2006, it is ORDERED as follows:

(1) The Adams intervenors' motion for contempt relief and modification (Doc. No. 4691) is referred to Special Master Carlos González to the extent it contains requests for make-whole individual contempt relief.

(2) Said motion is denied is all other respects as moot.

DONE, this the 7th day of February, 2006.

                                             /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE