IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., ) | |
|     ) | |
|     Plaintiffs, ) | |
|     ) | |
| v.   ) | CIVIL ACTION NO. |
|     ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF   ) | (WO) |
| TRANSPORTATION, et al.,   ) | |
|     ) | |
|     Defendants. ) | |

**ORDER**

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections filed by the defendants on November 14, 2005 (Doc. No. 7920), are overruled.

(2) The recommendation, entered by Special Master Carlos González on November 2, 2005 (Doc. No. 7909), is adopted.

(3) The Adams intervenors' second motion for interim fees is granted in part and denied in part. As to all fees that are deemed "possibly compensable at a later

date" in the special master's recommendation, the Adams intervenors may file a renewed motion for interim fees when the matters giving rise to those fees come to a final resolution. Put another way, the Adams intervenors' second motion for interim fees is denied without prejudice as to those fees that have been classified as "possibly compensable at a later date."

(4) The defendants are to pay to the Adams intervenors $ 44,685.68 in interim fees for the period of May to August 2005.

DONE, this the 21st day of February, 2006.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE