IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,     )
                             )
    Plaintiffs,              )
                             )
    v.                       )     CIVIL ACTION NO.
                             )       2:85cv665-MHT
ALABAMA DEPARTMENT OF        )
TRANSPORTATION, et al.,      )
                             )
    Defendants.              )
```

ORDER

There being no objection from the parties within the time allowed, it is ORDERED as follows:

(1) The recommendation entered by Special Master Carlos González on February 27, 2006 (Doc. No. 7979), is adopted.

(2) The intervenors' third motion for interim fees (Doc. No. 7949) is granted in part and denied in part.*

---

* As to all fees that are "deferred" in the special master's recommendation, the intervenors may file a renewed motion for interim fees when the matters giving rise to those fees come to a final resolution. Put another way, the intervenors' third motion for interim fees is denied without prejudice as to those fees that were classified as "deferred" by the special master.

(3) The defendants are to pay to the intervenors $ 14,333.33 in interim fees for the period of September to December 2005.

DONE, this the 14th day of March, 2006.


          /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE