IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

There being no objection from the parties within the time allowed, it is ORDERED as follows:

(1) The recommendation entered by Special Master Carlos González on March 16, 2006 (Doc. No. 7988), is adopted.

(2) To the extent the court's order of February 6, 2006 (Doc. No. 7964), reserved judgment on the defendants' motion to alter or amend (Doc. No. 7857), as it relates to the contempt fines imposed for defendants' failure to comply with Article II, ¶ 2(b) and Article

III, ¶ 2(a) of Consent Decree I, said motion to alter or amend is denied.

DONE, this the 28th day of March, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**