IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) In light of the notices filed by defendants on April 5, 2006 (Doc. No. 8020), and April 25, 2006 (Doc. No. 8033), the objection filed by the intervenors on March 10, 2006 (Doc. No. 7982) is overruled as moot.

(2) The recommendation entered by Special Master Carlos González on February 21, 2006 (Doc. No. 7976), is adopted.

(3) The motion for a finding of compliance with Article VIII of Consent Decree I filed by defendants on September 22, 2004 (Doc. No. 7439), is granted.

DONE, this the 27th day of April, 2006.


　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE