IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,      )
                              )
    Plaintiffs,                )
                              )
    v.                        )      CIVIL ACTION NO.
                              )        2:85cv665-MHT
ALABAMA DEPARTMENT OF         )            (WO)
TRANSPORTATION, et al.,       )
                              )
    Defendants.                )
```

ORDER

This court recently directed Special Master Carlos González to report on the status of the defendants' compliance with Articles 3, 6, 7, 9, 11, and 13. In his reports, filed on May 18, 2006 (Doc. No. 8045), and May 22, 2006 (Doc. No. 8047), the special master stated that the plaintiffs, intervenors, and defendants were all in agreement that the defendants were in compliance with the following provisions of Consent Decree I: Article III, ¶¶ 3 and 12; Article VI, ¶¶ 1 and 2; Article VII, ¶¶ 4 and 5; Article IX, ¶¶ 1, 2, 3, and 6; Article XI, ¶ 22; and all paragraphs of Article XIII that have not already

terminated. In light of the special master's reports, this court entered an order (Doc. No. 8051) directing the parties to show cause as to why the court should not enter an order finding the defendants in compliance with those provisions of Consent Decree I.

There being no objection from the parties within the time allowed, it is ORDERED and DECLARED that the defendants are in compliance with the following provisions of Consent Decree I: Article III, ¶¶ 3 and 12; Article VI, ¶¶ 1 and 2; Article VII, ¶¶ 4 and 5; Article IX, ¶¶ 1, 2, 3, and 6; Article XI, ¶ 22; and all paragraphs of Article XIII that have not already terminated, that is, ¶¶ 1(a) & (c), 2, 3(d), and 11.

DONE, this the 1st day of June, 2006.

      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE