IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This court recently directed Special Master Carlos González to report on the status of the defendants' compliance with Articles 3, 6, 7, 9, 11, and 13. In his report, filed on June 12, 2006 (Doc. No. 8062), the special master stated that the plaintiffs, intervenors, and defendants were all in agreement that the defendants were in compliance with the following provisions of Consent Decree I: Article VI, ¶¶ 3 and 4; and Article XI, ¶ 11. In light of the special master's report, this court entered an order (Doc. No. 8063) directing the parties to show cause as to why the court should not

enter an order finding the defendants in compliance with those provisions.

There being no objection from the parties within the time allowed, it is ORDERED and DECLARED that the defendants are in compliance with the following provisions of Consent Decree I:  Article VI, ¶¶ 3 and 4; and Article XI, ¶ 11.

DONE, this the 23rd day of June, 2006.

    /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**