IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,   )
                           )
    Plaintiffs,             )
                           )
    v.                      )        CIVIL ACTION NO.
                           )         2:85cv665-MHT
ALABAMA DEPARTMENT OF      )
TRANSPORTATION, et al.,    )
                           )
    Defendants.             )

ORDER

There being no objection from the parties within the time allowed, it is ORDERED as follows:

(1) Special Master Carlos González's recommendation, entered on July 27, 2006 (Doc. No. 8093), is adopted.

(2) The defendants' motion for a finding of compliance with Article I of Consent Decree I (Doc. No. 7992) is granted.

(3) The defendants are to carry out the terms of their agreement with the plaintiffs, as set forth in

Special Master González's recommendation at pages 2 and 3.

DONE, this the 2nd day of August, 2006.

                                         /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**