IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

There being no objection from the parties within the time allowed, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Special Master Carlos González's recommendation, entered on July 25, 2006 (Doc. No. 8092), is adopted.

(2) The intervenors' fourth motion for fees and expenses (Doc. No. 8037) is granted in part and denied in part.

(3) The intervenors are awarded $ 40,894.25 in fees.

DONE, this the 14th day of August, 2006.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE