IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,     )
                             )
    Plaintiffs,              )
                             )
    v.                       )    CIVIL ACTION NO.
                             )     2:85cv665-MHT
ALABAMA DEPARTMENT OF        )
TRANSPORTATION, et al.,      )
                             )
    Defendants.              )
```

ORDER

There being no objection from the parties within the time allowed, it is ORDERED as follows:

(1) Special Master Carlos González's recommendation (Doc. No. 8099) is adopted.

(2) The defendants' motion for a finding of compliance with Article VII, ¶¶ 1 and 2, of Consent Decree I (Doc. No. 8065) is granted.

(3) It is DECLARED that the defendants are in compliance with the following provisions of Consent Decree I: Article VII, ¶¶ 1 and 2.

DONE, this the 6th day of September, 2006.

                                                 /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**