IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,              )
                            )
    v.                       )      CIVIL ACTION NO.
                            )        2:85cv665-MHT
ALABAMA DEPARTMENT OF       )           (WO)
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )
```

ORDER

There being no objection from the parties within the time allowed, it is ORDERED as follows:

(1) Special Master Carlos González's recommendation (Doc. No. 8106) is adopted.

(2) The defendants' motion for a finding of compliance with Article IX, ¶¶ 4 and 5, of Consent Decree I (Doc. No. 8064) is granted.

(3) It is DECLARED that the defendants are in compliance with the following provisions of Consent Decree I: Article IX, ¶¶ 4 and 5.

DONE, this the 7th day of September, 2006.


                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**