IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,  )
                          )
   Plaintiffs,           )
                          )
   v.                    )   CIVIL ACTION NO.
                          )   2:85cv665-MHT
                          )       (WO)
ALABAMA DEPARTMENT OF     )
TRANSPORTATION, et al.,   )
                          )
   Defendants.           )

### ORDER

After and independent and de novo review of the record and there being no objection within the time allowed, it is ORDERED as follows:

(1) Special Master Carlos González's recommendation regarding compliance with Article XIV (doc. no. 8124) is approved.

(2) Defendants' motion for finding of compliance with Article XIV (doc. no. 7453) is granted as to ¶¶ 2(b) and 3 of Article XIV.

(3) The court declares that defendants are in compliance with ¶¶ 2(b) and 3 of Article XIV.

DONE, this the 1st day of November, 2006.

                                        /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE