IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al.,          ) | |
| )| |
|    Plaintiffs,                           ) | |
| ) | |
| v.                                                 ) | CIVIL ACTION NO. |
| ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF     ) | (WO) |
| TRANSPORTATION, et al.,          ) | |
| ) | |
|    Defendants.                         ) | |

ORDER

There being no objection from the parties within the time allowed and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Special Master Carlos González's recommendation, entered on January 8, 2007 (doc. no. 8156), is adopted.

(2) The intervenors' motion for attorney's fees and expenses (doc. no. 8122) is granted to the extent set forth in that report and recommendation, that is, to the

extent that the intervenors are entitled to attorney's fees and expenses in the amount of $ 9,204.

DONE, this the 25th day of January, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**