IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,        )
                                )
   Plaintiffs,                  )
                                )
   v.                           )   CIVIL ACTION NO.
                                )    2:85cv665-MHT
ALABAMA DEPARTMENT OF           )
TRANSPORTATION, et al.,         )
                                )
   Defendants.                  )

### ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (Doc. No. 8142) are overruled.

(2) The recommendation of the special master (Doc. No. 8139) is adopted.

(3) Defendants' motion for finding of compliance with Article III, ¶ 2 (Doc. No. 8066) is granted.

While the court might differ with the defendants' reading of ¶ 2 of Article III, the court cannot say that their reasoning is so unreasonable as to constitute non-compliance.

DONE, this the 26th day of March, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**