IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,     )
                             )
        Plaintiffs,          )
                             )
        v.                   )      CIVIL ACTION NO.
                             )      2:85cv665-MHT
ALABAMA DEPARTMENT OF        )
TRANSPORTATION, et al.,      )
                             )
        Defendants.          )
```

ORDER

This litigation is again before the court on the special master's recommendation on the defendants' motions for return of contempt fines. The court previously adopted the recommendation in part on January 3, 2008 (Doc. No. 8265). After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiffs' objections (Doc. No. 8262), the intervenors' objections (Doc. No. 8260), and the defendants' objections (Doc. No. 8261) are overruled.

(2) The special master's recommendation (Doc. No. 8253) is adopted.

(3) The defendants' motion for refund of contempt fines related to Article XV (Doc. No. 8178) and motion to recover contempt fines (Doc. No. 8179) are granted in part.

(4) The defendants are entitled to be refunded the sum of $ 838,500.00 of the Article XV contempt fines previously paid into the court. All parties have agreed to the refund of this amount.

(5) The clerk of the court is to arrange for the disbursement of $ 838,500.00 to the defendants.

(6) The issue of the use of the remaining funds is referred back to the special master so that he may, as he has requested, engage in "a more careful consideration of the use of such funds." Recommendation (Doc. No. 8253), at 30.

DONE, this the 10th day of April, 2008.

\_\_\_\_/s/ Myron H. Thompson\_\_\_\_
**UNITED STATES DISTRICT JUDGE**