IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,     )
                             )
    Plaintiffs,               )
                             )
    v.                        )   CIVIL ACTION NO.
                             )    2:85cv665-MHT
ALABAMA DEPARTMENT OF        )
TRANSPORTATION, et al.,      )
                             )
    Defendants.               )
```

### ORDER

Upon and independent and de novo review of the record, it is ORDERED as follows:

(1) The special master's report (doc. no. 8303), to which no objections have been filed, is adopted.

(2) The Adams intervenors' motion for interim award of attorneys' fees and expenses (doc. no. 8194) is granted to the extent of $ 2,654.70 and is denied in all other respects.

(3) The Adams intervenors shall have and cover from defendants the sum of $ 2,654.70 as attorneys' fees and expenses.

DONE, this the 23rd day of May, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**