IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF ) | (WO) |
| TRANSPORTATION, et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that the defendants' motion to amend special master referral orders (Doc. No. 8255) is denied without prejudice.

DONE, this the 27th day of October, 2008.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE