IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,     )
                             )
   Plaintiffs,              )
                             )
  v.                         )   CIVIL ACTION NO.
                             )    2:85cv665-MHT
ALABAMA DEPARTMENT OF        )
TRANSPORTATION, et al.,      )
                             )
   Defendants.              )

### ORDER

Based upon the representations made in open court on June 15, 2009, and based on the clarifications the court understands that counsel for the parties should reach with the special master, it is ORDERED as follows:

   (1) The Adams intervenors' objections (Doc. No. 8408) are overruled.

   (2) The plaintiffs' objections (Doc. No. 8409) are overruled.

   (3) The special master's recommendation (Doc. No. 8399) is adopted.

(4) The defendants' motion for partial summary judgment on intervenors' individual contempt claims (Doc. No. 8372) is granted in part and denied in part as set forth in the recommendation (Doc. No. 8399).

DONE, this the 18th day of June, 2009.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**