IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF ) | (WO) |
| TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The special master's recommendation (Doc. No. 8406), to which no objections have been filed, is adopted.

(2) The defendants' motion for summary judgment concerning Nenea Torbert (Doc. No. 8385) is granted.

(3) Judgment is entered in favor of the defendants and against the plaintiffs as to Nenea Torbert's

individual contempt claim, with the plaintiffs and Torbert taking nothing as to this claim.

DONE, this the 2nd day of July, 2009.

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**