IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Counsel for the defendants having orally informed the court that they do not object, it is ORDERED as follows:

(1) The plaintiffs' motion to vacate the court's order and judgment (Doc. No. 8440) is granted.

(2) The order entered on July 2, 2009 (Doc. No. 8437), is vacated.

(3) The special master's recommendation (Doc. No. 8406) is set for submission on July 8, 2009, with any objections due by that date.

DONE, this the 6th day of July, 2009.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE