IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

This long-standing litigation is now before the court on the special master's recommendation that the defendants' motion to recover fines and the Adams intervenors' motion for entry of further orders regarding disposition of contempt fines should be denied without prejudice. The plaintiffs and the intervenors have filed objections to the recommendation. After an independent and de novo review of the record, the court believes that the objections should be overruled and the recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of August, 2009.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**