IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHNNY REYNOLDS, et al.,   )
                       )
    Plaintiffs,      )
                       )
    v.               )   CIVIL ACTION NO.
                       )   2:85cv665-MHT
ALABAMA DEPARTMENT OF     )     (WO)
TRANSPORTATION, et al.,   )
                       )
    Defendants.      )

## JUDGMENT

In accordance with the memorandum opinion entered

this date, it is the ORDER, JUDGMENT, and DECREE of the

court as follows:

(1) The Adams intervenors' objections (Doc. Nos.
8392 & 8434) are overruled.

(2) The plaintiffs' objections (Doc. No. 8393) are
overruled.

(3) The special master's recommendation (Doc. No.
8378) is adopted.

(4)  The defendants' motion to recover contempt fines (Doc. No. 8179) is denied without prejudice.

(5)  The Adams intervenors' motion for entry of further orders regarding disposition of contempt fines (Doc. No. 8361) is denied without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of August, 2009.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE