IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,             )
                            )
    v.                      )   CIVIL ACTION NO.
                            )     2:85cv665-MHT
ALABAMA DEPARTMENT OF       )         (WO)
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )

## OPINION

In this lawsuit, Leroy Williams seeks to assert an individual contempt claim against the defendants.  The defendants filed a motion asking the court to apply judicial estoppel to Williams's claims.  This lawsuit is now before the court on the recommendation of the special master that the defendants' motion for judicial estoppel be granted and that Williams not be permitted to pursue his individual contempt claim.  Williams has filed no objection to the special master's recommendation.

**After an independent and de novo review of the record, the court concludes that the special master's recommendation should be adopted. An appropriate judgment will be entered.**

**DONE, this the 24th day of November, 2009.**

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**