IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF ) | (WO) |
| TRANSPORTATION, et al., ) | |
| ) | |
|    Defendants. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The special master's recommendation regarding Leroy Williams's individual contempt claims against defendants (doc. no. 8495) is adopted.

(2) The defendants' motion for judicial estoppel concerning Leroy Williams (doc. no. 8432) is granted.

(3) Williams is estopped from seeking and, thus, cannot pursue his individual contempt claim against the defendants.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of November, 2009.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**