IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF ) | (WO) |
| TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION

This long-standing litigation is now before the court on the special master's recommendation that the defendants' motion for summary judgment on claimant Nenea Torbert's individual-contempt claim regarding "suspension" should be granted. The plaintiffs have filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted. Summary judgment is granted only as to Torbert's "suspension" claim.

An appropriate judgment will be entered.

DONE, this the 22nd day of February, 2010.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**