IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiffs' objections (Doc. No. 8446) are overruled.

(2) The special master's recommendation (Doc. No. 8406) is adopted.

(3) The defendants' motion for summary judgment (Doc. No. 8385) is granted on the individual-

contempt claim of claimant Nenea Torbert regarding "suspension."

(4) Judgment is entered in favor of the defendants and against the plaintiffs as to claimant Nenea Torbert's individual-contempt claim regarding "suspension," with the plaintiffs and claimant Torbert taking nothing as to this claim.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of February, 2010.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE