IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) |   2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) |      (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## OPINION

This long-standing litigation is now before the court on the part of the special master's recommendation that the defendants' motion for summary judgment on claimant Garcia Long's individual-contempt claim regarding "Senior Real Property Valuation Analyst classification" should be granted. Long has filed no objection to this aspect of the special master's report and recommendation. After an independent and de novo review of the record, the court concludes that the special master's recommendation should

be adopted in part and the defendants' summary-judgment motion granted.

However, because it appears that Long has claims that have not yet been adjudicated, the court does not adopt the portion of the special master's recommendation taxing costs against her.  The Adams Intervenors' and the defendants' objections to the special master's recommendation are therefore premature at this time.  An appropriate judgment will be entered.

DONE, this the 22nd day of February, 2010.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**