IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF ) | (WO) |
| TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The plaintiffs' objections (Doc. No. 8555) are sustained.

(2) The Adams Intervenors' objections (Doc. No. 8553) are overruled without prejudice.

(3) The defendants' objections (Doc. No. 8554) are overruled without prejudice.

(4) The special master's recommendation regarding claimant Garcia Long's individual contempt claim

against the defendants (Doc. No. 8546) is adopted in part.

(5) The defendants' motion for summary judgment (Doc. No. 8403) is granted on the individual-contempt claim of claimant Garcia Long regarding "Senior Real Property Valuation Analyst classification."

(6) Judgement is entered in favor of the defendants and against the plaintiffs as to claimant Garcia Long's individual-contempt claim regarding "Senior Real Property Valuation Analyst classification," with the plaintiffs and claimant Long taking nothing as to this claim.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of February, 2010.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE