IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,       )
                               )
   Plaintiffs,                 )
                               )
   v.                          )   CIVIL ACTION NO.
                               )    2:85cv665-MHT
ALABAMA DEPARTMENT OF          )        (WO)
TRANSPORTATION, et al.,        )
                               )
   Defendants.                 )

## OPINION

In this lawsuit, Jameria Moore seeks to assert individual contempt claims against the defendants. The defendants filed a motion for summary judgment asking the court to apply judicial estoppel to Moore's claims. This lawsuit is now before the court on the recommendation of the special master that the defendants' motion for summary judgment should be granted because Moore is estopped from pursuing her individual contempt claims. Moore has filed no objection to the special master's recommendation.

After an independent and de novo review of the record, the court concludes that the special master's recommendation should be adopted. An appropriate judgment will be entered.

DONE, this the 20th day of April, 2010.


      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE