IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,      )
                              )
    Plaintiffs,                )
                              )
    v.                         )    CIVIL ACTION NO.
                              )      2:85cv665-MHT
ALABAMA DEPARTMENT OF         )         (WO)
TRANSPORTATION, et al.,       )
                              )
    Defendants.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The special master's recommendation regarding Jameria Moore's individual contempt claims against defendants (doc. no. 8617) is adopted.

(2) The defendants' motion for summary judgment concerning Jameria Moore (doc. no. 8469) is granted.

(3) Judgment is entered in favor of the defendants and against Jameria Moore, with Moore taking nothing on her individual contempt claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of April, 2010.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**