IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF ) | (WO) |
| TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION

This long-standing litigation is now before the court on the special master's recommendation that the defendants' motion for summary judgment be granted on claimant Eddie Curry's individual-contempt claim. Curry has filed no objection to the recommendation. After an independent and de novo review of the record, the court concludes that the recommendation should be adopted. An appropriate judgment will be entered.

DONE, this the 6th day of July, 2011.

                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE