IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The special master's recommendation regarding claimant Eddie Curry's individual-contempt claim against defendants (doc. no. 8722) is adopted.

(2) The defendants' motion for summary judgment (doc. no. 8466) is granted.

(3) Judgment is entered in favor of the defendants and against claimant Curry, with claimant Curry

taking nothing by his individual-contempt claim.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of July, 2011.


          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE