IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### OPINION

This long-standing litigation is now before the court on the special master's recommendation that the defendants' motion for summary judgment on claimant Eddie Gregory's individual-contempt claims. The plaintiffs have filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted. Summary judgment will be granted on Gregory's claims.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2011.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE