IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,      )
                              )
      Plaintiffs,             )
                              )
      v.                      )    CIVIL ACTION NO.
                              )    2:85cv665-MHT
ALABAMA DEPARTMENT OF         )        (WO)
TRANSPORTATION, et al.,       )
                              )
      Defendants.             )
```

<u>JUDGMENT</u>

In  accordance  with  the  memorandum  opinion  entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court as follows:

(1)  The plaintiffs' objections (Doc. No. 8669) are
     overruled.

(2)  The  special  master's  recommendation  (Doc.  No.
     8650) is adopted.

(3)  The  defendants'  motion  for  summary  judgment
     (Doc.  No.  8471)  is  granted  on  the  individual-
     contempt claims of claimant Eddie Gregory.

(4) Judgment is entered in favor of the defendants and against the plaintiffs as to claimant Gregory's individual-contempt claims, with the plaintiffs and claimant Gregory taking nothing as to claimant Gregory's claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of November, 2011.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE