IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,       )
                               )
    Plaintiffs,                )
                               )
    v.                         )    CIVIL ACTION NO.
                               )     2:85cv665-MHT
ALABAMA DEPARTMENT OF          )        (WO)
TRANSPORTATION, et al.,        )
                               )
    Defendants.                )
```

## OPINION AND ORDER

This long-standing litigation is now before the court on the special master's recommendation that the defendants' motion for summary judgment on claimant Samuel Poole's individual-contempt claims should be denied. The defendants have filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

***

It is therefore the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) The defendants' objections (Doc. Nos. 8714 & 8715) are overruled.

    (2) The special master's recommendation (Doc. No. 8710) is adopted.

    (3) The defendants' motion for summary judgment (Doc. No. 8522) is denied on claimant Samuel Poole's individual-contempt claims.

It is further ORDERED that this matter is referred back to the special master for further appropriate proceedings.

DONE, this the 28th day of November, 2011.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE