IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,     )
                             )
    Plaintiffs,              )
                             )
    v.                       )   CIVIL ACTION NO.
                             )     2:85cv665-MHT
ALABAMA DEPARTMENT OF        )        (WO)
TRANSPORTATION, et al.,      )
                             )
    Defendants.              )
```

### ORDER

The court would like an update on the defendants' motion to dismiss and alternative motion for summary judgment regarding the individual-contempt claims of claimant Jerry Pogue.  Accordingly it is ORDERED that, on or before December 22, 2011, the special master shall, after conferring with all relevant persons, file a report on (1) the status of the defendants' motion to dismiss and alternative motion for summary judgment (Doc. No. 8353) and (2) what further steps are proposed regarding these two motions.

DONE, this the 5th day of December, 2011.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE