IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,   )
                           )
   Plaintiffs,             )
                           )
   v.                      )   CIVIL ACTION NO.
                           )     2:85cv665-MHT
ALABAMA DEPARTMENT OF      )
TRANSPORTATION, et al.,    )
                           )
   Defendants.             )

OPINION AND ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The defendants' objections (doc. no. 8521) are overruled.

(2) The special master's recommendation (doc. no. 8465) is adopted.

(3) The Adams intervenors' motion for partial summary judgment (doc. no. 8415) is granted as set forth in said recommendation. The court

agrees with the special master that it is time to end the relitigation and relitigation of the issue of whether Article XV compliance was achieved in December 1996 or in May 2003 or sometime in between.  Of course, this order does not mean that any particular claimant is entitled to relief.

It is further ORDERED that this matter is referred back to the special master for further appropriate proceedings.

DONE, this the 19th day of March, 2012.

      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE