IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., )<br>   )<br>    Plaintiffs, )<br>   )<br>    v. )<br>   )<br>ALABAMA DEPARTMENT OF )<br>TRANSPORTATION, et al., )<br>   )<br>    Defendants. ) | CIVIL ACTION NO.<br>  2:85cv665-MHT |

### ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The Adam intervenors' objections (doc. no. 8686) are overruled.

(2) The special master's recommendation (doc. no. 8683) is adopted.

(3) The Adams intervenors' motion for partial summary judgment (doc. no. 8618) is denied.

It is further ORDERED that this matter is referred back to the special master for further appropriate proceedings.

DONE, this the 21st day of March, 2012.

                                   /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE