```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,             )
                            )
    v.                      )    CIVIL ACTION NO.
                            )      2:85cv665-MHT
ALABAMA DEPARTMENT OF       )         (WO)
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )
```

OPINION

This long-standing litigation is now before the court on the special master's recommendation that the defendants' motion for summary judgment on claimant Gary Smith's individual-contempt claims be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the recommendation should be adopted. Summary judgment will be granted on Smith's claims.

An appropriate judgment will be entered.

DONE, this the 3rd day of April, 2012.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE