IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,     )
                             )
    Plaintiffs,              )
                             )
    v.                       )    CIVIL ACTION NO.
                             )     2:85cv665-MHT
ALABAMA DEPARTMENT OF        )         (WO)
TRANSPORTATION, et al.,      )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The special master's recommendation (Doc. No. 8801) is adopted.

(2) The defendants' motion for summary judgment (Doc. No. 8655) is granted on the individual-contempt claims of claimant Gary Smith.

(3) Judgment is entered in favor of the defendants and against the plaintiffs as to claimant

Smith's individual-contempt claims, with the plaintiffs and claimant Smith taking nothing as to claimant Smith's claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of April, 2012.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**