IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., )<br>            )<br>    Plaintiffs, )<br>            )<br>    v. )<br>            )<br>ALABAMA DEPARTMENT OF )<br>TRANSPORTATION, et al., )<br>            )<br>    Defendants. ) | CIVIL ACTION NO.<br>  2:85cv665-MHT<br>      (WO) |

### JUDGMENT

In accordance with the stipulation of dismissal (doc. no. 8862), it is the ORDER, JUDGMENT, and DECREE of the court that claimant Samuel Poole's individual-contempt claims (doc. no. 6492) are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of June, 2012.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE