IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,     )
                             )
   Plaintiffs,               )
                             )
   v.                        )    CIVIL ACTION NO.
                             )      2:85cv665-MHT
ALABAMA DEPARTMENT OF        )         (WO)
TRANSPORTATION, et al.,      )
                             )
   Defendants.               )

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The special master's recommendation on procedures to effect the decertification of the hiring class (doc. no. 8841) is adopted.

(2) The proposed notice, attached to the recommendation (doc. no. 8841) as Exhibit A, is approved.

(3) To the extent possible, all those who returned 'Participation' or 'Opt-out' forms are to receive

personal notice, and class members who returned neither form are also to receive personal notice to the extent their addresses can be reasonably ascertained.

(4) Personal notice by First Class Mail will be utilized.

(5) The cost for confirming addresses, printing the notices, and mailing the notices will be paid from the contempt fines on account with the court.  At the appropriate time, counsel for the parties are to get with the clerk of the court to arrange for disbursement of funds for the payment

(6) Within 35 days from the date of this order, the plaintiffs' counsel and the defendants' counsel are to submit to the special master for approval or disapproval by recommendation a joint budget and description of services from a third-party vendor who can provide the services required to ensure notice to class members of the decertification.

(7) Within 56 days after the completion of the attempted notice of decertification, the plaintiffs' counsel and the defendants' counsel are to submit to the special master for approval or disapproval by recommendation a joint report setting forth their position or positions on the adequacy of the decertification notice.  If the notice should prove to be, in practice, inadequate, the special master and the court will revisit the issue of adequacy of notice.

DONE, this the 30th day of July, 2012.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**