IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,              )
                            )
    v.                      )   CIVIL ACTION NO.
                            )     2:85cv665-MHT
ALABAMA DEPARTMENT OF       )         (WO)
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )
```

### ORDER

It is ORDERED that the motions for refund and use of contempt fines (Doc. Nos. 8751 and 8830) are set for on-the-record oral argument on August 7, 2012, at 10:00 a.m. Counsel for defendants are to arrange for the argument to be conducted by telephone.

DONE, this the 30th day of July, 2012.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE