IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHNNY REYNOLDS, et al.,      )
                              )
      Plaintiffs,             )
                              )
      v.                      )      CIVIL ACTION NO.
                              )      2:85cv665-MHT
ALABAMA DEPARTMENT OF         )          (WO)
TRANSPORTATION, et al.,       )
                              )
      Defendants.             )

ORDER

Based on the representations made on the record on August 8, 2012, with regard to the motions for refund and use of contempt fines (Doc. Nos. 8751 and 8830), it is ORDERED as follows:

(1) The defendants are allowed until August 15, 2012 to submit a more concrete proposal for use of the contempt fines.

(2) The parties are allowed a reasonable period of time to attempt to resolve the issues raised by the motions. The special master is to inform the court when

the motions are ready to be addressed by the court,

should the parties be unable to resolve them.

DONE, this the 8th day of August, 2012.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE