IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


JOHNNY REYNOLDS, ET AL.,

      Plaintiffs,

                              CIVIL ACTION NUMBER
v.                            85-cv-665-MHT
                         **Special Master González**


ALABAMA DEPARTMENT OF
TRANSPORTATION, ET AL.,

      Defendants.

**REPORT AND RECOMMENDATION ON THE NOTICE TO BE PROVIDED REGARDING THE DECERTIFICATION OF THE HIRING CLASS**

Pursuant to an order dated July 30, 2012, (Docket № 8882), the defendants have submitted a proposed budget for services by a third party vendor related to providing personal notice to the approximately 29,000 to 30,000 hiring class members who previously submitted Participation or Opt-Out forms regarding the now defunct hiring class settlement. The budget also provides for general publication of the decertification notice over a ten-day period in the following newspapers: *The Huntsville Times*, *The Birmingham News, The Montgomery Advertiser* and *The Mobile Press Register*. The total budget for these services is $81,000.00. A copy of the itemized $81,000 budget is attached as Exhibit A to Docket № 8906.

While the plaintiffs do not object to the budget proposal submitted by the defendants, (Docket № 8907), they are concerned that the First Class Mail notice is inadequate in number because it fails to provide actual notice to thousands of class members the plaintiffs believe should receive personal written notice. It is the special master's understanding that the plaintiffs will raise that issue directly with the court in the form of a limited objection to this R&R.

**ACCORDINGLY**, it is RECOMMENDED that the proposed budget submitted by the defendants and attached to Docket № 8906 as Exhibit A be APPROVED. It is further RECOMMENDED that the court AUTHORIZE the clerk to pay the $81,000.00 set forth in the proposed budget from the contempt fines collected in this case and on account in the court's registry.

Objections to this Report and Recommendation must be filed with the clerk of court by October 1, 2012.  Failure to file objections in a timely manner constitutes a waiver of the right to review by the district court.

IT IS SO RECOMMENDED this 14th day of September 2012.

/s/ C. A. González
SPECIAL MASTER