IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Claimant Jerry Poque's objections (Doc. No. 8939) are overruled.

(2) The special master's recommendation regarding claimant Poque's individual-contempt claim against defendants (Doc. No. 8924) is adopted.

(3) The defendants' motion for summary judgment (Doc. No. 8353) is granted.

(4) Judgment is entered in favor of defendants and against claimant Pogue, with claimant Pogue taking nothing by his individual-contempt claim.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of August, 2013.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE