IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,              )
                            )
    v.                      )   CIVIL ACTION NO.
                            )     2:85cv665-MHT
ALABAMA DEPARTMENT OF       )        (WO)
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )
```

### ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Cecil Parker's objections (doc. no. 9008) are overruled.

(2) The special master's recommendation (doc. no. 9000) is adopted.

(3) Parker's motion for accounting (doc. no. 8943) is denied.

DONE, this the 2nd day of December, 2013.

                                      /s/ Myron H. Thompson  
                        UNITED STATES DISTRICT JUDGE