IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

This litigation is now before the court on the special master's recommendation that the defendants' motion for summary judgment be granted on claimant Christopher Azubuike's individual-contempt claim. Azubuike has objected to the recommendation. After an independent and de novo review of the record, the court concludes that the objection should be overruled and the recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of December, 2013.

                       /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**