IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,      )
                              )
    Plaintiffs,               )
                              )
    v.                        )    CIVIL ACTION NO.
                              )      2:85cv665-MHT
ALABAMA DEPARTMENT OF         )         (WO)
TRANSPORTATION, et al.,       )
                              )
    Defendants.               )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Claimant Christopher Azubuike's's objections (Doc. No. 9001) are overruled.

(2) The special master's recommendation regarding claimant Azubuike's individual-contempt claim against defendants (Doc. No. 8989) is adopted.

(3) The defendants' motion for summary judgment (Doc. No. 8963) is granted.

    (4) Judgment is entered in favor of defendants and against claimant Azubuike, with claimant Azubuike taking nothing by his individual-contempt claim.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    DONE, this the 2nd day of December, 2013.

                                     /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE