IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHNNY REYNOLDS, et al.,         )
                                 )
        Plaintiffs,              )
                                 )
        v.                       )    CIVIL ACTION NO.
                                 )    2:85cv665-MHT
ALABAMA DEPARTMENT OF            )         (WO)
TRANSPORTATION, et al.,          )
                                 )
        Defendants.              )

ORDER

        After an independent and de novo review of the file,
it is ORDERED as follows:

        (1) The special master's recommendation (doc. no.
9039), to which no objection has been filed, is adopted.

        (2) Calvin Lamar's pro se motion for interim award of
expenses and costs (doc. no. 8955) is denied without
prejudice.

        DONE, this the 31st day of March, 2014.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE