IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:85cv665-MHT |
| ALABAMA DEPARTMENT OF | ) | (WO) |
| TRANSPORTATION, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## OPINION

This litigation is now before the court on the special master's recommendation that the defendants' motion for summary judgment be granted on claimant Willie Franklin's individual-contempt claim. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st of March, 2014

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE