IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,              )
                            )
    v.                      )     CIVIL ACTION NO.
                            )       2:85cv665-MHT
ALABAMA DEPARTMENT OF       )            (WO)
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The special master's recommendation regarding claimant Willie Franklin's individual-contempt claim against defendants (Doc. No. 9036) is adopted.

(2) The defendants' motion for summary judgment (Doc. No. 9011) is granted.

    **(3) Judgment is entered in favor of defendants and against claimant Willie Franklin, with claimant Franklin taking nothing by his individual-contempt claim.**

    **The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

    **DONE, this the 31st day of March, 2014.**

                                             /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**