IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,              )
                            )
    v.                      )    CIVIL ACTION NO.
                            )      2:85cv665-MHT
ALABAMA DEPARTMENT OF       )         (WO)
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Claimant Gloria Fitzpatrick's objections (Doc. No. 9033) are overruled.

(2) The special master's recommendation regarding claimant Fitzpatrick's individual-contempt claim against defendants (Doc. No. 9021) is adopted.

(3) The defendants' motion for summary judgment (Doc. No. 8985) is granted.

**(4) Judgment is entered in favor of defendants and against claimant Fitzpatrick, with claimant Fitzpatrick taking nothing by her individual-contempt claim.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 18th day of August, 2014.**

                                      /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**