IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )      2:85cv665-MHT
                            )
ALABAMA DEPARTMENT OF       )
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )
```

### ORDER

The court being of the opinion that one of the purposes the contempt-fines fund should be used for is the termination of this litigation, and pursuant to the court's order approving procedures to effect the decertification of the hiring class (doc. no. 8882), it is ORDERED as follows:

(1) The plaintiffs' objections (doc. no. 8914) are overruled.

(2) The special master's recommendation on notice to be provided regarding decertification of the hiring

class (doc. no. 8909) is adopted, as updated by the March 2014 CAA proposal.

(3) The clerk of the court is authorized to pay from the contempt-fines fund in the registry of the court the needed funds for the notice.

DONE, this the 20th day of November, 2014.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**