IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNNY REYNOLDS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | CV-85-T-665-N |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | Special Master Gonzalez |
| **TRANSPORTATION, et al.,** ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR ENTRY OF FINAL
ORDER DECERTIFYING THE HIRING CLASS**

**COME NOW** Defendants and respectfully move this Court for entry of a final order decertifying the hiring class in this action. In support of this motion, Defendants state as follows:

1. In October 1986, this Court certified three plaintiff classes, included a hiring class described as follows: "any black person who unsuccessfully applied for a merit position in the Department at any time after May 21, 1979."

2. On January 16, 2001, Plaintiff and Defendants entered into a settlement agreement which was divided into a Promotions Class and a Hiring Class. ECF No. 4700. The Court approved the settlement, as amended, on September 26, 2001. ECF No. 5234. The settlement, however, included only the Promotions class because Plaintiffs and Defendants agreed that the Hiring Class was void under the terms of the settlement agreement. ECF No. 5228

3. On October 5, 2001, Defendants moved to decertify the Hiring Class on multiple bases, including the Eleventh Circuit's intervening decision in *Reynolds v. Roberts,* 202 F.3d

1

1303 (11th Cir. 2000), and the failure of the putative Hiring Class to satisfy the requirements of Federal Rule of Civil Procedure 23.  ECF No. 5227.

4. On November 2, 2004, the Court referred Defendants' Motion to Decertify the Class to the Special Master for a Report and Recommendation.  ECF No. 7537.

5. On May 27, 2005, the Special Master issued a Report and Recommendation, wherein the Special Master recommended denial of Defendants' decertification motion and recommended certification of a limited subclass devoted to ensuring that the Defendants comply with the provisions of the Consent Decree that regulate ALDOT's hiring practices.  ECF No. 7756.

6. On November 10, 2008, the Court adopted in part, and rejected in part, the Special Master's Report and Recommendation, and granted Defendants' motion to decertify the hiring class.  However, the Court withheld entering a final order of decertification, requiring "input from the parties as to how decertification should be made."  ECF No. 8330 at 3.

7. In response to the Court's request for input from the parties, Defendants and Plaintiffs filed a joint response on November 17, 2008, providing specific input regarding the effect of decertification on the statute of limitations and the type of notice that should be provided to members of the decertified class.  ECF No. 8333.

8. On November 24, 2008, Plaintiffs moved for reconsideration of the Court November 10, 2008 Order and asked the Court not to decertify the Hiring Class.  ECF No. 8337.

9. On January 27, 2012, the Court denied Plaintiffs' motion for reconsideration, and directed the Special Master to craft class decertification procedures.  ECF No. 8781.

10. On January 30, 2012, the Special Master ordered the parties to submit a proposed notice of decertification of hiring class.  ECF No. 8784.

11. On February 17, 2012, the parties submitted competing versions of a proposed notice of decertification of the hiring class. ECF Nos. 8793, 8793-1; 8794, 8794-1.

12. On March 1, 2012, the Special Master conducted a conference call to discuss the proposed Hiring Class decertification notice, and the parties came to an agreement regarding its content. The Special Master provided the parties a revised version of the decertification notice.

13. On March 13, 2012, the Special Master submitted a series of questions to the parties seeking to determine which parties were entitled to notice of the Hiring Class decertification and what type of notice was required. ECF No. 8803.

14. On March 20, 2012, Defendants submitted their response to the Special Master's inquiry regarding the Hiring Class decertification procedures. ECF No. 8808.

15. On April 9, 2012, the Plaintiffs submitted their response to the Special Master regarding the Hiring Class decertification procedures. ECF No. 8827.

16. On May 1, 2012, the Special Master issued a Report and Recommendation on Procedures to Effect the Decertification of the Hiring Class, as well as a proposed notice of decertification to the hiring class. ECF Nos. 8841, 8841-1.

17. On May 23, 2012, the Intervenors submitted partial objections and comments regarding the Special Master's Report and Recommendation. ECF No. 8853.[1]

18. On July 30, 2012, the Court entered an order which, among other things, adopted the Special Master's recommendation on the procedures to effect the decertification of the hiring class and the decertification notice. ECF No. 8882.

19. In response to the Court's July 30, 2012 Order, Defendants submitted on September 4, 2012, a proposed budget and description of services required to ensure notice to

---

[1] Several putative class members filed separation objections to decertification of the Hiring Class, including Shirley and Horace Mays, Lena Burroughs and Florence Belser. ECF Nos. 8855, 8856, 8857.

class members of the decertification. ECF No. 8906. That same day, Plaintiffs submitted a separate response to the Court's July 30, 2012 Order. ECF No. 8907.

20. On September 14, 2012, the Special Master issued his Report and Recommendation on the Notice to be provided to the Hiring Class, wherein he recommended approval of Defendants' proposed budget for providing notice of decertification to the members of the Hiring Class. ECF No. 8909.

21. On October 1, 2012, the Plaintiffs submitted partial objections to the Special Master's Report and Recommendation on the Notice to be provided to the Hiring Class. ECF No. 8914.

22. On November 20, 2013, the Court entered an order overruling the Plaintiffs' objections to the Special Master's September 14, 2012 Report and Recommendation on the Notice to be provided to the Hiring Class and adopting the Special Master's Report and Recommendation. ECF No. 9079.

23. On November 20, 2014, the Court entered an Order authorizing the Clerk of the Court to pay the costs associated with providing notice to the members of the hiring class of the decertification. ECF No. 9082.

24. In sum, in accordance with the Court's November 10, 2008 Order, Plaintiffs, Defendants and the Special Master have completed, and the Court has approved, all steps required by the Court for issuance of a final order decertifying the Hiring Class.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that the Court enter a final order decertifying the Hiring Class in this action.

Respectfully submitted, this 18th day of March, 2015.

/s/Christopher W. Weller
CHRISTOPHER W. WELLER (ASB-6640-W81C)
BARBARA J. WELLS (ASB-1658-R58B)
MAI LAN F. ISLER (pro hac vice)

CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
P.O. Box. 2069
Montgomery, Alabama 36102-2069
Email:  cww@chlaw.com
            bjw@chlaw.com
            mji@chalw.com
Phone: (334) 241-8000
Fax:      (334) 323-888
334) 241-8000

As Attorneys for Defendants

Additional Counsel for Defendants:

Alice Ann Byrne (BYR015)
Tara S. Knee (KNE003)
ALABAMA STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street, Suite 316
Montgomery, Alabama  36130
Telephone: 334-242-3451
Facsimile: 334-353-4481
Email: Aliceann.Byrne@personnel.alabama.gov
            Tara.Knee@personnel.alabama.gov

Ellen R. Leonard (LEO008)
STATE OF ALABAMA OFFICE OF THE
ATTORNEY GENERAL
500 Dexter Avenue
Montgomery, Alabama 36130
Telephone: 334-242-6989
Facsimile: 344-262-8041
Email: leonarde@dot.state.al.us

5

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 18th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell Adams, Esq.
Wiggins Childs Pantazis Fisher
& Goldfarb, LLP.
301 19th Street North,
Birmingham, Alabama 35203
Attorney for Plaintiff
Email: rwa@wcqp.com

David B. Byrne, Esq.
Chief Legal Advisor
Governor's Legal Office
600 Dexter Avenue, Room NB-05
Montgomery, Alabama 36130

Raymond P. Fitzpatrick, Jr., Esq.
1200 Corporate Drive, Suite 105
Birmingham, Alabama 35242
Attorney for Intervenors
Email: rpf@rfitzpatricklaw.com

Carlos A. Gonzalez, Special Master
3087 Belingham Drive
Atlanta, Georgia 30345

          /s/Christopher W. Weller
          Of Counsel