IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:85cv665-MHT
                            )
ALABAMA DEPARTMENT OF       )
TRANSPORTATION, et al.,     )
                            )
    Defendants.             )
```

## ORDER

In November 2008, the court indicated its intention to decertify the hiring class after it had input from the parties as to how the decertification should be made.  Subsequently, the parties and special master have worked through the decertification issues and the court has approved the decertification process including the notice to be provided former class members and the budget for providing such notice.

It is therefore ORDERED as follows:

(1) The motion for entry of final order decertifying the hiring class (doc. no. 9101) is granted.

(2) The hiring class is decertified effective this date.

(3) The agreed-to notice of decertification shall be provided to former class members as quickly as possible.

DONE, this the 19th day of March, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**