# EXHIBIT A



# CLASS ACTION
## ADMINISTRATION

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/3/2015 | 2777 |

**BILL TO**

Capell & Howard PC
Christopher Weller
150 South Perry Street
Montgomery, AL  36104

| PROJECT | TERMS |
|---|---|
| ALA - Reynolds v State of Alabama | Due on receipt |

| HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Project Management - Interaction with counsel, periodic status reports, supervision of project team, resolution of issues, court report | 2,000.00 | 2,000.00 |
| | Publish Notice - Published notice costs: Huntsville Times, Birmingham News, Montgomery Advertiser, Mobile Press Register | 53,000.00 | 53,000.00 |
| | Database Management - Create class list for mailing, research and update addresses via NCOA and credit databases, create project specific databases | 2,700.00 | 2,700.00 |
| | Mail Notice Packet - Format/quality review notice packet, print and mail notice packet, track undeliverables, remail forwards, use credit reporting databases to further research undeliverables with no forwarding address | 28,000.00 | 28,000.00 |

**Total**    $85,700.00

**REMIT PAYMENT TO:**
Class Action Administration, Inc., PO Box 6907, Broomfield, CO  80021
Overnight mail: 6521 West 91st Ave., Westminster, CO 80031
Phone: 720-540-4422    Fax: 720-540-4423    www.ClassActionAdmin.com

**Balance Due**    $85,700.00