IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,          )
                                  )
    Plaintiffs,                   )      CIVIL ACTION NO.
                                  )      2:85cv665-MHT
v.                                )            (WO)
                                  )
ALABAMA DEPARTMENT OF             )
TRANSPORTATION, et al.,           )
                                  )
    Defendants.                   )

**JUDGMENT**

In accordance with the stipulations of dismissal (doc. nos. 9252, 9253, 9254, 9255, 9256, 9257, 9258, and 9259), it is the ORDER, JUDGMENT, and DECREE of the court that the individual-contempt claims (doc. no. 6492) of the following claimants:

- Jeffrey Brown,

- Craig Jackson,

- Fletcher Degraffenried,

- Chester Jennings,

- Herman Moore,

- Timothy Carey,

- **Charles Norwood, and**

- **Reginald C. Knox**

are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of April, 2018.

                                 /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE