IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHNNY REYNOLDS, et al.,    )
                            )
    Plaintiffs,              )
                            )   CIVIL ACTION NO.
    v.                       )    2:85cv665-MHT
                            )        (WO)
ALABAMA DEPARTMENT OF       )
TRANSPORTATION, et al.,     )
                            )
    Defendants.              )

**JUDGMENT**

In accordance with the stipulation of dismissal (doc. no. 9261), it is the ORDER, JUDGMENT, and DECREE of the court that claimant Adam Thrash's individual-contempt claim (doc. no. 6492) is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of April, 2018.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE