IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:85cv665-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the stipulations of dismissal (doc. nos. 9299, 9300, and 9301), it is the ORDER, JUDGMENT, and DECREE of the court that the individual-contempt claims (doc. no. 6492) of the following claimants:

- Roslyn Cook-Deyampert,

- Leon Steele, and

- Richard Turner

are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of December, 2018.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**