IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,      )
                              )
     Plaintiffs,              )
                              )       CIVIL ACTION NO.
     v.                       )         2:85cv665-MHT
                              )              (WO)
ALABAMA DEPARTMENT OF         )
TRANSPORTATION, et al.,       )
                              )
     Defendants.              )
```

**JUDGMENT**

In accordance with the stipulations of dismissal (doc. no. 9344), it is the ORDER, JUDGMENT, and DECREE of the court that the individual-contempt claims (doc. nos. 6492 and 7040) of the following claimants:

- Jessie W. Adams,

- Amos Akings, Jr.,

- Joseph Barganier,

- J. D. Bonner,

- Robert Earl Briggs,

- Bobby Brooks,

- **David L. Caine,**
- **Jackie T. Campbell,**
- **Elizabeth O. Clark,**
- **Mae Clark-Hollis,**
- **Michael Collins,**
- **Percy Cox,**
- **Michael D. Cranford,**
- **Vernon Crenshaw,**
- **Benny Curry,**
- **Charlie Davidson,**
- **Marion Degraffenreid,**
- **Camilla Drish,**
- **Willie Eddins,**
- **Joe Fenn,**
- **Joseph Fowler, Jr.,**
- **Sammy Lee Gaines,**
- **Derrick Gilchrist,**
- **Barry A. Gilmore,**
- **Thomas Glanton,**

- **Johnetta Goldsmith,**
- **Louis Harris, Jr.,**
- **Roderick Harris,**
- **Lawrence Harrison,**
- **Timothy Holley,**
- **Michael Hooks,**
- **Linda Hoston,**
- **Ben Howard,**
- **Billie J. Jackson,**
- **Jerome Johnson,**
- **Norris Johnson,**
- **Robert M. Johnson,**
- **Christopher Jones,**
- **George Jones,**
- **Lee Jones, Jr.,**
- **Willie Jordan,**
- **Jermaine Kidd,**
- **Morris Lane,**
- **Ruth Lane,**

- **Chris Liptrot,**
- **James Liptrot,**
- **Gregory Lykes,**
- **Darnell Mathews,**
- **Alice Miller,**
- **Margaret R. Mitchell,**
- **Jonathan Montgomery,**
- **Eugene Moore, Jr.,**
- **Gregory Moss,**
- **Wyndell Nelson,**
- **Lawrence Payne, Jr.,**
- **Lowell Payne,**
- **Myrick Payne,**
- **Lyndora Peeples-Washington,**
- **Lorenza Pettway,**
- **Willie Rawls,**
- **Travis A. Robertson,**
- **Tameka Rose,**
- **Patricia Rudolph,**

- **Joe N. Sellers,**
- **Willie Shavers, Jr.,**
- **Eva Smith,**
- **Frankie Smith,**
- **Hillard Smith,**
- **Thomas Smith,**
- **Carl E. Thomas,**
- **James Thomas,**
- **Robert A. Thomas,**
- **Bennie C. Turner,**
- **Earlean Wallace,**
- **Sharon Watson,**
- **Frank Wright, and**
- **Clarence Young**

**are dismissed with prejudice, with the parties to bear their own costs.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment**

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 4th day of September, 2019.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE