IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY REYNOLDS, et al., ) ) Plaintiffs, ) ) v. ) ) ALABAMA DEPARTMENT OF ) TRANSPORTATION, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:85cv665-MHT (WO) |

## JUDGMENT

In accordance with the stipulation of dismissal (doc. no. 9347), it is the ORDER, JUDGMENT, and DECREE of the court that the individual-contempt claims (doc. nos. 6492 and 7040) of the following claimants:

- Gent Gibson,

- Clarence Gissendaner,

- Carl Goggans,

- Eddie Lewis Ford, and

- Royal Porch

are dismissed with prejudice, with the parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 6th day of September, 2019.**

                                  /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**