IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:85cv665-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the stipulations of dismissal (doc. no. 9350), it is the ORDER, JUDGMENT, and DECREE of the court that the individual-contempt claims (doc. nos. 6492 and 7040) of the following claimants:

- Franklin Baxter,

- Donald Blue,

- Toreatha Bostic,

- Vernice Boswell, Jr.,

- Rhenae Brown,

- Kasandra Brundidge,

- **Theodore Brundidge,**
- **Rayford Carmichael,**
- **Blocker Carter, Jr.,**
- **Kirk Casey,**
- **Ruby Christian,**
- **Henry Christian,**
- **Charlie Clark,**
- **Dorothy Coleman,**
- **Mary E. Crockett,**
- **David Curtis,**
- **William Custard,**
- **Oris Edwards,**
- **Roddy Dan Edwards,**
- **Charlie Engram,**
- **Sheila Ellison Ford,**
- **James Foster,**
- **Henry T. Foxx,**
- **Debra Frazier,**
- **Angelia Fuller,**

- Tommie Lee Gilchrist,
- Patrick Grant,
- Charlie Green,
- Joe Cecil Green,
- Connie Hall,
- Letitia Hendricks,
- Joe Hewitt,
- Renya Hooks,
- Eric Horn,
- Ellis Hoskins,
- Dollena Hunt,
- Andre Jenkins,
- Carl W. Johnson,
- Luke P. Kelley,
- Johnny Kendrick,
- David Knox,
- Canderia Kyser,
- Barry Landrum,
- Mark D. Leonard,

- Lonnie Long,
- Randy Malone,
- Stephanie Matthews,
- Cedric Mcqueen,
- Lonnie Mitchell,
- Bernard K. Moore,
- Andrette Munnerlyn,
- Joseph Oniah,
- Robert M. Peyton,
- Katara Phillips,
- Anita Prince,
- Frank Reed,
- Henry L. Reynolds,
- Samuel C. Richardson,
- Aaron Robinson,
- Willie Lee Smith,
- Terry Soles,
- Carlos Thomas,
- David J. Thomas,

- Christopher Tucker,
- Jeffrey Whatley,
- Mary B. Williams,
- Thomas A. Williams,
- Tony Ray Williams,
- Walter Winn, and
- Clarence D. Woods

are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of October, 2019.

                                 /s/ Myron H. Thompson  
                                 UNITED STATES DISTRICT JUDGE