# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:85cv665-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the stipulation of dismissal (doc. no. 9358), it is the ORDER, JUDGMENT, and DECREE of the court that the individual-contempt claims (doc. nos. 6492 and 7040) of the following claimants:

- Arzo Abrams,

- Ganiu V. Allen,

- Peggy Allen,

- Franklin Andrews,

- Emmanuel Barksdale,

- John Bradford,

- Alphonse Briggs,
- Geneva Brown,
- Natasha Clay,
- Stanley Crawford,
- Katrina Faison,
- Beverly Fletcher-Evans,
- Sylvia Grace,
- Lionel Harbin,
- Anna Harris,
- Bridget Harvey,
- Hudson Hinton,
- Kimbery Hubbert-Hubbard,
- Carmen Y. Leonard,
- Anna M. Liptrot,
- Ouida Maxwell,
- Iris McCall,
- Gwendolyn McKenney,
- Diane Osborne,

- Ola Palmer,
- Audrey Perine,
- Wendell Powell,
- Monteressa Sanders,
- Robert Smiley,
- Darryl Stewart,
- Chester Thomas,
- Morris Thornton, Jr.,
- Richard Topping,
- Annette Waites,
- Donald Warren,
- Tonny Watkins,
- Margaret Williams, and
- Wilma Dixon-Williams

are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of October, 2019.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**