IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY REYNOLDS, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:85cv665-MHT (WO) |
| ALABAMA DEPARTMENT OF TRANSPORTATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the stipulations of dismissal (doc. no. 9367), it is the ORDER, JUDGMENT, and DECREE of the court that the individual-contempt claims (doc. nos. 6492 and 7040) of the following claimants:

- Bertha Alexander Jackson;

- Alfred Armster;

- Ralph Barton;

- Corine Baylock;

- Jo Ann Bennett Hutcherson;

- B. J. Boykin;

- Cornell Braxton;
- Christopher Briggins;
- Nathan Butler;
- Barbara Cleveland-Henderson;
- Johnnie L. Cook;
- Michael P. Cooks;
- Al C. Craig;
- Dorothea Culver;
- Ezzer Charles Davis;
- Madison Fisher;
- Havard Folmar;
- Joanne Ford;
- Paul Franklin;
- Julia Hails Freeman;
- Morris Harris;
- Annie Henderson;
- Dale Hicks, Jr.;
- Ceasar Howard;
- John Irving;

- Shalanda Jefferson;
- Stanley Jemison;
- Clarence Johnson;
- Kevin D. Jones;
- Mathis Jones;
- Jim Lee;
- Clarence Little;
- Anthony Mckenzie;
- Ethel Mingo;
- Omoshalewa Olowokere;
- Arthur L. Parker;
- Gwendolyn Robinson;
- Julius Russell, Jr.;
- Cleophus Spencer;
- Darnell Spencer;
- Floyzelle Summerville;
- Brenda Thomas;
- Jimmy L. Watts;
- Paul D. White; and

- **Meredith M. Wilson**

are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of February, 2020.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**