IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY REYNOLDS, et al.,      )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )      2:85cv665-MHT
                              )           (WO)
ALABAMA DEPARTMENT OF         )
TRANSPORTATION, et al.,       )
                              )
     Defendants.              )
```

# JUDGMENT

In accordance with the stipulations of dismissal (doc. no. 9370), it is the ORDER, JUDGMENT, and DECREE of the court that the individual-contempt claims (doc. nos. 6492 and 7040) of the following claimants:

- Jesse P. Agee,

- Johnnie Bennett,

- Cleon Bonner,

- Temika Brooks,

- Lawyer Calhoun,

- Karen Calloway,

- **Robert Grant Carlisle,**

- **Walter Mae Carr,**

- **Ronnie Clark,**

- **Alfonso Dallas,**

- **Keith M. Davis,**

- **Lewis Davis,**

- **Lovett Davis,**

- **Jeff Deavers,**

- **Terri Lynn Denson,**

- **Kenneth Ray Edwards,**

- **Ronnie Ellis,**

- **Stevenson Ellis,**

- **James Frank,**

- **David Frazier,**

- **Toni Frazier,**

- **Annette Gardner-Turner,**

- **Mildred Garner,**

- **Donald C. Garrett,**

- **William L. Garth, Jr.,**

- **Stanley Ray Goree,**
- **Juanita Gormon,**
- **Romera Henderson,**
- **Alex Howard,**
- **James D. Howard, Jr.,**
- **Sarah Lee Jenkins,**
- **William E. Jenkins,**
- **Willie Bernice Jones,**
- **Martha Kelly,**
- **Verna E. Kelly,**
- **George Key,**
- **Willie Joe Kidd,**
- **Andre M. King,**
- **Geraldine Little,**
- **Priecilla Madden,**
- **Calvin Martin,**
- **Jeremiah McLeod,**
- **Tommy McMullen,**
- **Claude McQueen,**

- **Vera Milhouse,**

- **Willie Mae Moncrief,**

- **Eugene Moore,**

- **Ulysses Nelson,**

- **George Nettles, Jr.,**

- **Margaret Pearson,**

- **Cecilia Perry,**

- **Rosalind Pettaway,**

- **Johnny Raines,**

- **Rodney Reeves,**

- **Dildra Richardson,**

- **Thomas Robertson,**

- **Darline Robinson,**

- **Nancy Robinson,**

- **Frank D. Rush,**

- **Wesley Slater,**

- **Daniel Sledge,**

- **Bobby Smith,**

- **Curtis T. Smith,**

- **Elijah Smith,**

- **Patricia E. Stringer,**

- **Meinrad Tabengwa,**

- **James R. Taylor,**

- **Craig Thomas,**

- **Jerome Thomas,**

- **John L. Thompson, Sr.,**

- **Diane M. Todd,**

- **Booker T. Toney,**

- **Preston Trimble, Jr.,**

- **Serena Truss,**

- **Michael A. Walker,**

- **Larry Whiteside,**

- **Ada M. Williams,**

- **Darnell Williams, and**

- **Alfred Young**

are dismissed with prejudice, with the parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 24th day of February, 2021.**

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**