```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHNNY REYNOLDS, et al.,      )
                              )
     Plaintiffs,              )
                              )      CIVIL ACTION NO.
     v.                       )         2:85cv665-MHT
                              )             (WO)
ALABAMA DEPARTMENT OF         )
TRANSPORTATION, et al.,       )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the stipulations of dismissal (doc. no. 9372), it is the ORDER, JUDGMENT, and DECREE of the court that the individual-contempt claims (doc. nos. 6492 and 7040) of the following claimants:

- Valerie Branyon;

- Lawrence N. Brown;

- Rochelle D. Charlie Smith;

- Janice Duncan;

- Carolyn Ford;

- Kenneth Garrett;

- **Vivian Handy;**

- **Debra Hare;**

- **Calvin Ingram;**

- **Carolyn Jackson;**

- **Randolph Lampkin;**

- **Henry C. Lindsey;**

- **Reginald McKitt;**

- **Marlon McQueen;**

- **Anthony Portis;**

- **James Washington; and**

- **Archie Yarbrough**

are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of February, 2021.

                                                  /s/ Myron H. Thompson  
                                         **UNITED STATES DISTRICT JUDGE**